INDEX OF EXHIBITS TO MEMORANDUM IN SUPPORT OF
MOTION FOR A RECONSIDERATION OF SENTENCING HEARING
PURSUANT TO THE FIRST STEP ACT OF 2018

| Exhibit No. | Description |
|---|---|
| 1 | Special Findings, Feb. 16, 1993 |
| 2 | 21 U.S.C. § 848 (1988) (repealed 2006) |
| 3 | Affidavit of Antoinette Joseph (Mr. Johnson's godmother), May 21, 2011 |
| 4 | Affidavit of Minnie Hodges (Mr. Johnson's maternal aunt), Apr. 30, 2011 |
| 5 | Gloria Caro, Reassessment Summary, May 21, 1982 |
| 6 | Affidavit of Robert Johnson (Mr. Johnson's half-brother), June 29, 2011 |
| 7 | Sundar Collimuttam, M.D., Psychiatrist, Pleasantville Cottage School Psychological Evaluation, Feb. 22, 1982 |
| 8 | 2/10/93 Trial Tr. 3547-3548, 3573-3574, 3578, 3582, 3584-85, 3607, 3619-21, 3682, 3684, 3690-92, 3694-95 |
| 9 | Lynn Polstein, Change in Permanency Plan, Apr. 13, 1984 |
| 10 | Christine Aaron, MSW Intern, Pleasantville Cottage School Current Assessment, Mar. 10, 1985 |
| 11 | Odette Noble, UCR Reassessment and Service Plan Review 6 Month, May 8, 1986 |
| 12 | Odette Noble, UCR Plan Amendment: Form E Final Discharge, Mar. 26, 1987 |
| 13 | Affidavit of David Washington (caretaker at Elmhurst), Mar. 1, 2012 |
| 14 | Odette Noble, UCR Plan Amendment: Form D Final Discharge, Feb. 23, 1987 |
| 15 | Odette Noble, Three Month Conference Note, Feb. 20, 1986 |
| 16 | Affidavit of Darold Brown, June 15, 2011 |
| 17 | Affidavit of Darnell Brown, Oct. 14, 2011 |
| 18 | 1/15/93 Trial Tr. 921:12-922:01 |
| 19 | Declaration of Ann Harding (staff member at Pleasantville), Nov. 21, 2011 |
| 20 | Declaration of Sarah West (Mr. Johnson's prison chaplain), Mar. 24, 2011 |
| 21 | Affidavit of Priscilla Hodges (Mr. Johnson's cousin), Apr. 30, 2011 |
| 22 | Affidavit of Julie McConnell, Mar. 23, 2011 |
| 23 | Affidavit of Odette Noble (Mr. Johnson's social worker), Dec. 1, 2011 |
| 24 | L. Larrecq, City of New York Human Resources Administration, History Sheet, Nov. 20, 1984 |
| 25 | Amira Offer, CSW, Caseworker, Pleasantville Diagnostic Center Psychosocial Summary, Mar. 15, 1982 |

2

| Exhibit No. | Description |
|---|---|
| 26 | Lynn Polstein, Request for Authorization and Approval for Care and Services, Apr. 16, 1984 |
| 27 | Declaration of Esther Johnson (Mr. Johnson's maternal grandmother), Apr. 30, 2011 |
| 28 | Affidavit of James Sykes (Mr. Johnson's father), May 17, 2011 |
| 29 | Declaration of Pastor Bobby West (Mr. Johnson's prison chaplain), Mar. 24, 2011 |
| 30 | Inmate Education Data Transcript, Mar. 25, 2012 |
| 31 | Motion to Have Defendant Declared Mentally Retarded, *United States v. Vernon Lance Thomas*, No. 3:92CR68 (E.D. Va. Apr. 15, 1993) |
| 32 | Corey Johnson's IQ Scores Compared to IQ Scores of Federal Death Penalty Defendants Found Intellectually Disabled After Contested Atkins Hearings |
| 33 | 6/1/93 Tr. 22#:1-14 |
| 34 | Jury Instructions 232a |
| 35 | 2/12/93 Trial Tr. 3883-94 |