# EXHIBIT 1(a)

Rev. 5-15-20

DANIEL J. RESCHLY

**Biographical Summary**

Dan Reschly is Professor of Education and Psychology Emeritus in Peabody College, Vanderbilt University where he Chaired Department of Special Education from 1998-2006, gaining the #1 national ranking for the first time in 2003. From 1975 to 1998 Reschly directed the Iowa State University School Psychology Program where he achieved the rank of Distinguished Professor of Psychology. Reschly earned graduate degrees at the University of Iowa and the University of Oregon and served as a school psychologist in Iowa, Oregon, and Arizona. Reschly has published on identification of disabilities (Mild ID, SLD, minority issues), response to intervention, and policy issues in special education. In recent years he has served as an expert witness in trials involving claims of mild intellectual disability in death penalty cases. In 2015 Reschly was recognized as the second most cited author in the history of school psychology and is among the top 5 contributors to service and leadership. He has been active in state and national leadership roles including President of the National Association of School Psychologists (NASP), Editor of the *School Psychology Review*, Chair of NASP-NCATE Graduate Program Approval, President of the Society for the Study of School Psychology, and Chair of the Council of Directors of School Psychology Programs. Reschly served on the National Academy of Sciences Panels on *Standards-based Reform and the Education of Students with Disabilities* and *Minority Students in Special and Gifted Education.* He chaired the National Academy Panel on *Mental Retardation: Determining Benefits for Social Security*. He has received the NASP Lifetime Achievement Award, three NASP Distinguished Service Awards, the Stroud Award, appointment to Fellow of the American Psychological Association and the American Psychological Society, 1996 Outstanding Alumnus University of Oregon, 2000 NASP Lifetime Achievement Award, and the 2007 NASP Legend Award.

**Personal Data**

Birthplace:  Wayland, IA – Married, three children
Address:     1023 Coffee Ridge, Spring Hill, TN 37174
Telephone:  Office/Cell 615-708-7910
e-mail:       dan.reschly@gmail.com or dan.reschly@vanderbilt.edu

**Educational Background**

BS    1966 Iowa State University, Honors Program, History/Psychology/Education
MA   1968 University of Iowa, NDEA Fellowship, School Psychology/Special Education
PhD  1971 University of Oregon, EPDA Fellowship, Educational Psychology/School Psychology

## Professional Employment History

| | |
|---|---|
| 1967-1969: | School Psychologist, Louisa County Schools, Wapello, IA |
| 1969: | Director of Summer Head Start Program, Louisa County, IA |
| 1970-1971: | School Psychology Intern, Albina Youth Opportunity Center and Portland Oregon Public Schools |
| 1971-1975: | Assistant Professor, Department of Educational Psychology, University of Arizona, Tucson, AZ |
| 1975-1998: | Associate Professor/Professor/Distinguished Professor and Director of the School Psychology Program, Joint Appointment to Department of Psychology (75%) and Professional Studies in Education (25%), Iowa State University (Promotions: to Professor in 1980; to Distinguished Professor 1991) |
| 1996-1998: | Associate Dean, College of Education, Iowa State University and Director of Research Institute for Studies in Education |
| 1998-2014 | Professor of Education and Psychology and Chair (1998-2006), Department of Special Education, Peabody College, Vanderbilt University |
| 2014- | Professor of Education and Psychology Emeritus, Department of Special Education, Peabody College, Vanderbilt University |

## Licensure

Nationally Certified School Psychologist (14126), renewed through June 30, 2021
State Licensure as a School Psychologist in Iowa, Oregon, and Arizona (Inactive)
Iowa Teaching Certification Endorsements in Special Education, K-12 Teaching
Endorsement in Mental Retardation, Secondary Social Studies

## Major Areas of Professional Interest

| | |
|---|---|
| Teaching: | Psychology and education of persons with disabilities, mild intellectual disability, special education policy |
| Research: | Mild Intellectual Disability, School psychology services, high incidence disabilities (mild MR and SLD), minority overrepresentation |

## Professional Memberships

National Association of School Psychologists, American Psychological Association (Divisions 15, 16, & 33), American Association on Intellectual and Developmental Disabilities, Council for Exceptional Children,

## Publications (refereed journals, book chapters and books)

Reschly, A. L., & Reschly, D. J. (2014). School consultation and response to intervention: Convergence, divergence, and future directions for research and practice. In W. P. Erchul & S. M. Sheridan (Eds), *Handbook of research in school consultation* (pp. 495-512)*. New York: Routledge.

Reschly, D. J. (2014). Identifying and treating educational disabilities. In I. B. Weiner & R. K. Otto (Eds.). *Handbook of forensic psychology (4th ed.) (pp. 197-218).* New York: John Wiley.

Reschly, D. J. (2014). Response to intervention and the identification of specific learning disabilities. *Topics in Language Disorders, 34,* 39-58.

Oliver, R. M. & Reschly, D. J. (2014). Special education teacher preparation in classroom organization and behavior management. In, P. T. Sindelar, E. D. McCray, M. T. Brownell, & B. Lignugaris-Kraft (Eds.). *Handbook of research on special education teacher preparation* (288-302). New York: Routledge, Taylor, & Francis.

Reschly, D. J. (2013). Assessing mild intellectual disability: Issues and best practices. In D. H. Saklofske, C. R. Reynolds, & V. L. Schwean, & (Eds.). *The Oxford handbook of child psychological assessment* (pp. 683-697). New York: Oxford University Press.

Gresham, F. M., & Reschly, D. J. (2011). Standard of practice and Flynn Effect testimony in death penalty cases. *Intellectual and Developmental Disabilities, 49(3),* 131-140.

Oliver, R. M., Wehby, J. H., Reschly, D. (2011). *The effects of teachers' classroom management practices on disruptive or aggressive student behavior. Campbell Systematic Reviews, 4,* 1-55. http://campbellcollaboration.org. Also listed in *Crime Solutions* at www.crimesolutions.gov

Oliver, R. M., & Reschly, D. J. (2010). Special education teacher preparation in classroom management: Implications for students with emotional and behavioral disorders. *Behavioral Disorders, 35,* 188-199.

Gresham, F. M., Reschly, D. J., & Shinn, M. R. (2010). RTI as a driving force in educational improvement: Historical, legal, research, and practice perspectives. In M.R. Shinn & H.M. Walker (Eds.). *Interventions for achievement and behavior problems in a three-tier model including RTI (*2nd ed., pp. 47-77). Bethesda, MD: National Association of School Psychologists.

Reschly, D. J., & Bergstrom, M K. (2009). Response to intervention. In T. B. Gutkin & C. R. Reynolds (Eds.) *The handbook of school psychology* (4th ed., pp. 434-460). New York: Wiley.

Reschly, D. J. (2009). Documenting the developmental origins of mild mental retardation. *Applied Neuropsychology, 16,* 124-134.

Reschly, D. J. (2009). *Prevention of Disproportionate Special Education Representation Using Response to Intervention.* Washington DC: Learning Point Associates. http://www.tqsource.org/forum/documents/TQ_Issue_Paper_RTI_Disproportionality.pdf

Reschly, D. J., & Wood-Garnett, S. (2009). *Teacher Preparation and Response to Intervention at Middle and High Schools.* Washington DC: :Learning Point Associates, National Comprehensive Center for Teacher Quality. http://www.tqsource.org/publications/September2009Brief.pdf

Reschly, D. J., Holdheide, L. R., Behrstock, E., & Weber, G. (2009). Enhancing teacher preparation, development and support. In L. R. Goe (Ed.), *America's opportunity: Teacher effectiveness and equity in K-12 classrooms* (pp. 41-69). Washington DC: Learning Point Associates, National Comprehensive Center for Teacher Quality.

Reschly, D. J. (2008). School psychology RTI paradigm shift and beyond. In A. Thomas & J. Grimes (Eds.) *Best practices in school psychology V* (5th ed., pp. 3-15). Bethesda, MD: National Association of School Psychologists.

Smartt, S. M., & Reschly, D. J. (2007). *Barriers to the preparation of highly qualified teachers in reading.* Chicago: Learning Point Associates, National Comprehensive Center on Teacher Quality.

Holdheide, L. R., & Reschly, D. J. (2008). *Teacher Preparation to Deliver Inclusive Services to Students with Disabilities.* Washington DC: Learning Point Associates, National Comprehensive Center on Teacher Quality. http://www.tqsource.org/publications/TeacherPreparationtoDeliverInclusiveServices .pdf

Oliver, R. M., & Reschly, D. J. (2007). *Improving student outcomes in general and special education: Effective classroom management.* Washington, DC: Learning Point Associates, National Comprehensive Center for Teacher Quality. http://www.tqsource.org/topics/effectiveClassroomManagement. pdf

Reschly, D. J., Smartt, S. M., & Oliver, R. M. (2007). Innovation configurations to improve teacher preparation in reading, behavior management, and inclusive practices. In C. Dwyer (Ed), *Biennial Report of the National Comprehensive Center on Teacher Quality* (23-45). Chicago: Learning Point Associates, National Comprehensive Center on Teacher Quality.

Reschly D. J. (2006). Legal influences on the identification and treatment of educational disabilities. In I. B. Weiner & A. K. Hess, (Eds.). *Handbook of forensic psychology* (3rd ed., pp. 167-189.). New York: John Wiley & Sons.

Batsche, G., Elliott, J., Graden, J. L., Grimes, J., Kovaleski, J. F., Prasse, D., Reschly, D. J., Schrag, J., & Tilly III, W. D. (2005). *Response to intervention.* Alexandria, VA: National Association of State Directors of Special Education. (Authors listed alphabetically) (60,000 copies sold as of December 2006)

Reschly, D. J. (2005). LD identification: Primary intervention, secondary intervention, then what? *Journal of Learning Disabilities, 38,* 510-515.

Fletcher, J. M., & Reschly, D. J. (2005). Changing procedures for identifying learning disabilities: The danger of perpetuating old ideas. *The School Psychologist, 59* (1), 10-15.

  1. Fletcher, J. M., Coulter, W. A., Reschly, D. J., Vaughn, S. (2004). Alternative approaches to the definition and identification of learning disabilities: Some questions and answers. *Annals of Dyslexia, 54,* 304-331.

  2. Reschly, D. J. (2004). Paradigm shift, outcomes criteria, and behavioral interventions: Foundations for the future of school psychology. *School Psychology Review, 33,* 408-416.

Hosp, J. L., & Reschly, D. J. (2004). Disproportionate representation of minority students in special education: Academic, demographic, and economic predictors. *Exceptional Children, 70,* 185-199.

Reschly, D. J., & Hosp, J. L. (2004) State SLD policies and practices. *Learning Disability Quarterly, 27,* 197-213.

Fuchs, D., Deshler, D. D., & Reschly, D. J. (2004). National research center on learning disabilities: Multimethod Studies of Identification and Classification Issues. *Learning Disability Quarterly, 27,* 189-195.

Reschly, D. J. (2003). School psychology. In I. B. Weiner (Ed.) *Comprehensive Handbook of Psychology, Volume VII Educational Psychology* (W. M. Reynolds & G. E. Miller, Eds.) (pp. 431-453). Hoboken, NJ: John Wiley.

Hosp, J. L., & Reschly, D. J. (2003). Referral rates for intervention or assessment: A meta-analysis of racial differences. *Journal of Special Education, 37,* 67-80.

Reschly, D. J. (2002). Minority overrepresentation: The silent contributor to LD prevalence and diagnostic confusion. In R. Bradley, L. Danielson, & D. P. Hallahan (Eds.) *Identification of learning disabilities: Research to practice* (pp. 361-368). Mahwah, NJ: Lawrence Erlbaum.

Hosp, J. L., & Reschly D. J. (2002). Regional differences in school psychology practice. *School Psychology Review, 31,* 11-29.

Reschly, D. J., & Ysseldyke, J. E. (2002). Paradigm shift: The past is not the future. In A. Thomas & J. Grimes (Eds.) *Best practices in school psychology IV* (4th ed., pp. 3-20). Bethesda, MD: National Association of School Psychologists.

Reschly, D. J., & Grimes, J. P. (2002). Best practices in intellectual assessment. In A. Thomas & J. Grimes (Eds.) *Best practices in school psychology IV* (4th ed., pp. 1337-1350). Bethesda, MD: National Association of School Psychologists.

Hosp, J. L., & Reschly D. J. (2002). Predictors of restrictiveness of placement for African-American and Caucasian students. *Exceptional Children, 68,* 225-238.

Reschly, D. J., Myers, T. G., & Hartel, C. R. (Eds.) (2002). *Mental retardation: Determining eligibility for Social Security benefits.* Washington DC: National Academy Press.

Artiles, A. J., Harry, B., Reschly, D. J., & Chinn, P. C. (2002). Over-identification of students of color in special education: A critical overview. *Multicultural Perspectives, 4(1),* 3-10.

Reschly, D. J., & Robinson-Zanartu, C. (2000). Evaluation of aptitudes. In G. Goldstein & M. Hersen (Eds.), Handbook of psychological assessment (3rd ed., pp 183-201). New York: Pergamon.

Reschly, D. J. (2000). Assessment and eligibility determination in the *Individuals with Disabilities Act of 1997*. In C. F. Telzrow & M. Tankersley, M. (Eds.) *IDEA amendments of 1997: Practice guidelines for school-based teams* (pp. 65-104). Bethesda, MD: National Association of School Psychologists.

Reschly, D. J. (2000). The present and future status of school psychology in the United States. *School Psychology Review, 29,* 507-522.

Reschly, D. J. (1999). Assessing educational disabilities. In A. Hess & I. Weiner (Eds.), *The handbook of forensic psychology*, (2nd ed., pp. 127-150). New York: Wiley.

Reschly, D. J., & Bersoff, D. N. (1999). Law and school psychology. In C. R. Reynolds & T. B. Gutkin (Eds.) *Handbook of School Psychology* (3rd ed., pp. 1077-1112). New York: John Wiley Inc.

Reschly, D. J., Tilly, W. D. III, & Grimes, J. P. (Eds.) (1999). *Special education in transition: Functional assessment and noncategorical programming* Longmont, CO: Sopris West.

Reschly, D. J., & Tilly, W. D. III (1999). Reform trends and system design alternatives. In D. J. Reschly, W. D. Tilly III, & J. P. Grimes (Eds.) *Special education in transition: Functional assessment and noncategorical programming* (pp. 19-48). Longmont, CO: Sopris West.

Tilly, W. D. III, Reschly, D. J., & Grimes, J. P. (1999). Disability determination in problem solving systems: Conceptual foundations and critical components. In D. J. Reschly, W. D. Tilly III, & J. P. Grimes (Eds.) *Special education in transition: Functional assessment and noncategorical programming* (pp. 285-321). Longmont, CO: Sopris West.

MacMillan, D. L., & Reschly, D. J. (1998). The disproportionate representation of African-Americans in special education: The case for greater specificity or reconsideration of the variables examined. *Journal of Special Education, 32*, 15-24.

Lund, A. R., Reschly, D. J., & Martin, L. M. (1998). School psychology personnel needs: Correlates of current patterns and historical trends. *School Psychology Review, 27,* 106-120.

Ysseldyke, J., Dawson, P., Lehr, C., Reschly, D., Reynolds, M., & Telzrow, C. (1997). *School psychology: A blueprint for training and practice II.* Bethesda, MD: National Association of School Psychologists.

Reschly, D. J. (1997). Diagnostic and treatment utility of intelligence tests. In Flanagan, D. P., Genshaft, J. L., & Harrison, P. L. (Eds.) *Beyond traditional intellectual assessment: Contemporary and emerging theories, tests, and issues* (pp. 437-456). New York: Guilford Press.

MacMillan, D., & Reschly, D. J. (1997). Issues in definition and classification. In W. E. MacLean (Ed.), *Ellis' Handbook of mental deficiency: Psychological theory and research* (3rd ed., pp. 47-74). Hillsdale, NJ: Lawrence Erlbaum.

Reschly, D. J., & Wilson, M. S. (1997). Characteristics of school psychology graduate education: Implications for the entry level discussion and doctoral level specialty definition. *School Psychology Review, 26,* 74-92.

Reschly, D. J. (1997). Utility of individual ability measures and public policy choices for the 21st century. *School Psychology Review, 26*, 234-241.

Reschly, D. J. (1997). *Disproportionate minority representation in general and special education programs: Patterns, issues, and alternatives.* Des Moines, IA: Mountain Plains Regional Resource Center, Drake University. (147 pages). ERIC ED 415632 http://www.eric.ed.gov/PDFS/ED415632.pdf

Robinson-Zanartu, C., & Reschly, D. J. (1997). Evaluacion de las aptitudes. In G. Buela-Casal & J. F. Navarro (Eds.), *Manual de evaluacion psicologica*, (pp. 559-588). Madrid: Siglo Veintiuno de Espana Editores, SA

Wilson, M. S., & Reschly, D. J. (1996). Assessment in school psychology training and practice. *School Psychology Review, 25,* 9-23.

Reschly, D. J. (1996). Identification and assessment of children with disabilities. *The Future of Children: Special Education for Children with Disabilities, 6(1),* 40-53.

Reschly, D. J. (1996). "Role change and diversity"; "Employment trends", "Role restriction", "Adaptive Behavior", "Turf issues." In T. Fagan & P. Warden (Eds.), *Historical Encyclopedia of School Psychology* (pp. ). Westport, CT: Greenwood Publishing Group.

Reschly, D. J. (1996). Functional assessment and special education decision making. In W. Stainback & S. Stainback (Eds.), *Controversial issues confronting special education: Divergent perspectives* (2nd ed., pp. 115-128). Boston: Allyn & Bacon.

Reschly, D. J. (1996). *IQ and Special Education: History, Current Status, and Alternatives*. Washington D.C.: National Academy of Sciences (Commissioned Paper)

Reschly, D. J., & Ysseldyke, J. E. (1995). School psychology paradigm shift. In A. Thomas & J. Grimes (Eds.) *Best practices in school psychology III* (3rd ed., pp. 17-31). Washington DC: National Association of School Psychologists.

Reschly, D. J., & Wilson, M. S. (1995). School psychology practitioners and faculty: 1986 to 1991-1992 trends in demographics, roles, satisfaction, and system reform. *School Psychology Review, 24,* 62-80.

Wilson, M. S., & Reschly, D. J. (1995). Gender and school psychology: Questions, answers, and issues. *School Psychology Review, 24,* 45-61.

Reschly, D. J., & Grimes, J. P. (1995). Best practices in intellectual assessment. In A. Thomas & J. Grimes (Eds.), *Best practices in school psychology* (3rd ed., pp. 763-773). Washington, DC: National Association of School Psychologists.

Reschly, D. J., (1995). Psychological practice in the schools: System change in the heartland. In R. C. Talley & R. J. Short (Eds.), *Creating a new vision of school psychology: Emerging models of psychological practice in the schools* (pp. 23-27). Washington D C: American Psychological Association.

Flugum, K. R., & Reschly, D. J. (1994). Pre-referral interventions: Quality indices and outcomes. *Journal of School Psychology, 32,* 1-14.

Reschly, D. J. (1993). Consequences and incentives: Implications for inclusion/exclusion decisions regarding students with disabilities in state and national assessment programs. In J. E. Ysseldyke & M. L. Thurlow (Eds.), *Views on inclusion and testing accommodations for students with disabilities* (pp. 35-46). Minneapolis, MN: University of Minnesota, National Center on Educational Outcomes.

Reschly, D. J. (1993). A review of continuing education programs. In J. E. Zins, T. R. Kratochwill, & S. E. Elliott (Eds.), *The handbook of consultation services for children* (pp. 394-418). San Francisco: Jossey-Bass.

Reschly, D. J. (1992). Mental retardation: Conceptual foundations, definitional criteria, and diagnostic operations. In S. R. Hooper, G. W. Hynd, & R. E. Mattison, (Eds.), *Developmental disorders: Diagnostic criteria and clinical assessment* (pp. 23-67). Hillsdale, NJ: Lawrence Erlbaum.

Reschly, D. J. (1992). Special education decision making and functional/behavioral assessment. In W. Stainback & S. Stainback (Eds.), *Controversial issues confronting special education: Divergent perspectives* (pp. 127-138). Boston: Allyn & Bacon. Reprinted in E. L. Meyen, G. A. Vergason, & R. J. Whelan (Eds.), *Challenges facing special education* (pp. 227-241). Denver, CO: Love Publishing Co.

Reschly, D. J. & McMaster-Beyer, M. (1991). Influences of degree level, institutional orientation, college affiliation, and accreditation status on school psychology graduate education. *Professional Psychology: Research and Practice, 22,* 368-374.

Reschly, D. J. & Grimes, J. P. (1991). State department and university cooperation: Evaluation of continuing education in consultation and curriculum based assessment. *School Psychology Review, 20,* 519-526.

Reschly, D. J. & Ward, S. M. (1991). Use of adaptive measures and overrepresentation of black students in programs for students with mild mental retardation. *American Journal of Mental Retardation, 96,* 257-268.

Reschly, D. J. (1991). The effects of placement litigation on psychological and educational classification. *Diagnostique, 17,* 6-20.

Reschly, D. J. (1991). Bias in cognitive assessment: Implications for future litigation and professional practices. *Diagnostique, 17,* 86-90.

Reschly, D. J. (1990). Found: Our Intelligences: What do they mean? *Journal of Psychoeducational Assessment, 8,* 259-267.

Reschly, D. J. & Wilson, M. S. (1990). Cognitive processing vs. traditional intelligence: Diagnostic utility, intervention implications, and treatment validity. *School Psychology Review, 19,* 443-458.

Reschly, D. J. & Connolly, L. M. (1990). Comparisons of school psychologists in the city and the country: Is there a "rural" school psychology? *School Psychology Review, 19,* 534-549.

Reschly, D. J. (1990). Review of "Assessment and Placement of Minority Students." *School Psychology Review, 19,* 575-577.

Reschly, D. J. (1990). Adaptive behavior. In A. Thomas & J. Grimes (Eds.), *Best practices in school psychology* (2nd ed., pp. 29-42). Washington, DC: National Association of School Psychologists.

Reschly, D. J. (1990). Aptitude tests in educational classification and placement. In G. Goldstein & M. Hersen (Eds.), *Handbook of psychological assessment* (2nd ed., pp. 148-172). New York: Pergamon.

Reschly, D. J., & Grimes, J. P. (1990). Intellectual assessment. In A. Thomas & J. Grimes (Eds.), *Best practices in school psychology* (2nd ed., pp. 425-439). Washington, DC: National Association of School Psychologists.

Reschly, D. J. (1990). Mild mental retardation: Persistent themes, change dynamics, and future prospects. In M. C. Wang, M. C. Reynolds, & H. J. Walberg (Eds.), *Special education research and practice: Synthesis of findings* (pp. 81-99). Oxford, England: Pergamon Press.

McMaster, M., Reschly, D., & Peters, J. (1989). *The directory of graduate programs in school psychology.* Washington, DC: National Association of School Psychologists (includes a 30 page summary and narrative reporting the results of a survey of all programs).

Reschly, D. J., & Gresham, F. M. (1989). Current neuropsychological diagnosis of learning problems: A leap of faith. In C. R. Reynolds (Ed.), *Child neuropsychology: techniques of diagnosis and treatment,* (pp. 503-519). New York: Plenum.

Reschly, D. J. (1989). Incorporating adaptive behavior deficits into instructional programs. In G. A. Robinson, J. R. Patton, E. A. Polloway, & L. R. Sargent (Eds.), *Best practices in mild mental retardation,* (pp. 39-63). Reston, VA: Council for Exceptional Children, Division on Mental Retardation.

Reschly, D. J. (1988). Minority mild mental retardation overrepresentation and special education reform. *Exceptional Children, 54,* 316-323.

Reschly, D. J. (1988). *Larry P.! Larry P.!* Why the California sky fell on IQ testing. *Journal of School Psychology, 26,* 199-205.

Reschly, D. J., Kicklighter, R. H., & McKee, P. (1988a). Recent placement litigation, Part I: Regular education grouping: Comparison of *Marshall* (1984, 1985) & *Hobson* (1967, 1969). *School Psychology Review, 17,* 7-19.

Reschly, D. J., Kicklighter, R. H., & McKee, P. (1988b). Recent placement litigation, Part II: Minority EMR overrepresentation: Comparison of *Larry P.* (1979, 1984, 1986) with *Marshall* (1984, 1985) and *S-1* (1986). *School Psychology Review, 17,* 20-36.

Reschly, D. J., Kicklighter, R. H., & McKee, P. (1988c). Recent placement litigation, Part III: Analysis of differences in *Larry P., Marshall,* and *S-1* and implications for future practices. *School Psychology Review, 17,* 37-48.

McDougall, L. M., Reschly, D. J., & Corkery, J. M. (1988). Changes in referral interviews with teachers after behavioral consultation training. *Journal of School Psychology, 26*, 225-232.

Reschly, D. J. (1988). Special education reform: School psychology revolution. *School Psychology Review, 17,* 459-475.

Reschly, D. J. (1988). Obstacles, starting points, and doldrums notwithstanding: Reform/revolution from outcomes criteria. *School Psychology Review, 17,* 495-501.

Reschly, D. J. (1988). Assessment issues, placement, litigation, and the future of mild mental retardation classification and programming. *Education and Training of the Mentally Retarded, 17,* 285-301.

Sabers, D. L., Feldt, L. S., & Reschly, D. J. (1988). Appropriate and inappropriate uses of estimated true scores. *Journal of Special Education, 22,* 358-366.

Reschly, D. J. (1988). Minority EMR overrepresentation: Legal issues, research findings, and reform trends. In M. C. Wang, M. C. Reynolds, & H. J. Walberg (Eds.), *The handbook of special education: Research and practice, Vol. II* (pp. 23-41). Oxford, England: Pergamon Press, Ltd. [Also edited the five chapter section on mild mental retardation and wrote section introduction.]

Reschly, D. J. (1988). Alternative delivery systems: Legal and ethical issues. In J. L. Graden, J. E. Zins, & M. J. Curtis (Eds.), *Alternative educational delivery systems: Enhancing instructional options for all students* (pp. 525-552). Washington, DC: National Association of School Psychologists.

Gresham, F. M., & Reschly, D. J. (1987). Dimensions of social competence: Method factors in the assessment of adaptive behavior, social skills, and peer acceptance. *Journal of School Psychology, 25,* 367-381.

Gresham, F. M. & Reschly, D. J. (1987). Sociometric differences between mildly handicapped and non-handicapped black and white students. *Journal of Educational Psychology, 79,* 195-197.

Gresham, F. M., Reschly, D. J., & Carey, M. P. (1987). Teachers as "tests." Classification accuracy and concurrent validation in the identification of learning disabled children. *School Psychology Review, 16,* 543-553.

Reschly, D. J. (1987). Learning characteristics of mildly handicapped students: Implications for classification, placement, and programming. In W. C. Wang, M. C. Reynolds, & H. J. Walberg (Eds.), *The handbook of special education: Research and practice (Vol. 1-3, pp. xxx-xxx)*. Oxford, England: Pergamon Press.

Reschly, D. J. (1987). Assessing educational handicaps. In A. Hess & I. Weiner (Eds.), *The handbook of forensic psychology,* (pp. 155-187). New York: Wiley.

Gresham, F. M. & Reschly, D. J. (1987). Issues in the conceptualization, classification, and assessment of social skills in the mildly handicapped. In T. R. Kratochwill (Ed.), *Advances in school psychology, Vol. VI,* (pp. 203-247). Hillsdale, NJ: Lawrence Erlbaum, Inc.

Reschly, D. J., & Graham-Clay, S. L. (1987). Psychological abuse from prejudice and cultural bias. In M. R. Brassard, R. Germain, & S. N. Hart (Eds.), *The psychological maltreatment of children and youth*, (pp. 137-145). New York: Pergamon Press.

Reschly, D. J., & Gresham, F. M. (1987). Adaptive behavior and the mildly handicapped. In T. R. Kratochwill (Ed.), *Advances in school psychology, Vol. VI,* (pp. 265-298). Hillsdale, NJ: Lawrence Erlbaum, Inc.

Reschly, D. J. (1986). Functional psychoeducational assessment: Trends and issues. *Special Service in the Schools* (Special Issues on Emerging Perspectives on Assessment of Exceptional Children), 2, 57-69. [Also reprinted in R. E. Bennett & C. A. Maher (Eds.) 1986, *Emerging perspectives on assessment of exceptional children.* New York: Haworth Press, Inc.]

Prasse, D. P., & Reschly, D. J. (1986). Larry P.: A case of segregation, testing, or program efficacy? *Exceptional Children, 52,* 333-346.

Gresham, F. M., & Reschly, D. J. (1986). Social skill deficits and low peer acceptance of mainstreamed learning disabled children. *Learning Disability Quarterly, 9,* 23-32.

Reschly, D. (1986). Economic and cultural factors in childhood exceptionality. In R. Brown & C. Reynolds (Eds.), *Psychological perspectives on childhood exceptionality: A handbook,* (pp. 423-466). New York: Wiley Interscience.

Reschly, D. (1985). Best practices: Adaptive behavior. In A. Thomas & J. Grimes (Eds.), *Best practices in school psychology,* (pp. 353-368). Washington, DC: National Association of School Psychologists.

Fleig, G. S., & Reschly, D. J. (1985). Special education and the law. In L. Sametz & C. S. McLoughlin (Eds.), *Educators and the law,* (pp. 84-109). Springfield, IL: Charles C. Thomas.

Reschly, D. (1984). A reaction to "A national survey of students; and practitioners' perceptions of training." *School Psychology Review, 13,* 405-406.

Reschly, D. (1984). Beyond test bias: The National Academy Panel's analysis of minority EMR overrepresentation. *Educational Researcher, 13(3),* 15-19.

Reschly, D. (1984). Advances II: Two steps forward, and ... [Review of *Advances in School Psychology, Vol. 2] Contemporary Psychology*, 29, 68-69.

Reschly, D. (1984). Aptitude tests in educational classification and placement. In G. Goldstein & M. Hersen (Eds.), *Handbook of psychological assessment.* Elmsford, NY: Pergamon Press.

Reschly, D. (1984). Assessment and decision making. In J. E. Ysseldyke (Ed.), *School psychology: The state of the art.* Minneapolis, MN: National School Psychology Inservice Training Network, University of Minnesota.

Graham-Clay, S., & Reschly, D. (1984). Legal and ethical issues in behavior modification. In C. A. Maher & S. C. Foreman (Eds.), *Providing effective educational services in school organizations: A behavioral approach.* Hillsdale, NJ: Erlbaum.

Ross-Reynolds, J., & Reschly, D. (1983). An investigation of item bias on the WISC-R with four sociocultural groups. *Journal of Consulting and Clinical Psychology, 51,* 144-146. (Full report at ERIC Document Reproduction Service No. ED 222 529)

Reschly, D. (1983). Legal issues in psychoeducational assessment. In G. Hynd (Ed.), *The school psychologist: Contemporary perspectives (xxx-xxx).* Syracuse, NY: Syracuse University Press.

Reschly, D. (1982). School psychology today: Progress, not impasse. *Professional Psychology Research and Practice, 13,* 990-998.

Patrick, J., & Reschly, D. (1982). Relationship of state education criteria and demographic variables to prevalence of mental retardation. *American Journal of Mental Deficiency, 86,* 351-360.

Reschly, D. (1982). Assessing mild mental retardation: The influence of adaptive behavior, sociocultural status, and prospects for nonbiased assessment. In C. R. Reynolds & T. B. Gutkin (Eds.), *The handbook of school psychology.* (pp. 209-242) New York: Wiley.

Reschly, D. (1982). Psychological services. In H. Mitzel (Ed.), *Encyclopedia of educational research,* 5th ed. New York: MacMillan.

Kazimour, K. K. & Reschly, D. (1981). Investigation of norms and concurrent validity for the Adaptive Behavior Inventory for Children. *American Journal of Mental Deficiency, 85,* 512-520.

Reschly, D. (1981). Evaluation of the effects of SOMPA measures on classification of students as mildly retarded. *American Journal of Mental Deficiency, 86,* 16-20.

Reschly, D. (1981). Psychological testing in educational classification and placement. *American Psychologist, 36,* 1094-1102.

Reschly, D. (1981). Nonbiased assessment and the mildly retarded. In T. Oakland, *Nonbiased assessment.* Minneapolis, MN: National School Psychology Inservice Training Network, University of Minnesota.

Reschly, D. (1980). Psychological evidence in the Larry P. Opinion: A case of right problem–wrong solution? *School Psychology Review, 9,* 136-148.

Reschly, D. (1980). School Psychologists and assessment in the future. *Professional Psychology: Research and Practice, 11,* 841-848.

Reschly, D., & Sabers, D. (1979). Analysis of test bias in four groups with the regression definition. *Journal of Educational Measurement, 16,* 1-9.

Reschly, D., & Lamprecht, M. (1979). Expectancy effects of labels: Fact or artifact? *Exceptional Children, 46,* 55-58.

Reschly, D., & Reschly, J. (1979). Validity of WISC-R factor scores in predicting teacher ratings of achievement and attention among four groups. *Journal of School Psychology, 17,* 355-361.

Phye, G., & Reschly, D. (Eds.). (1979). *School psychology: Perspectives and issues.* New York: Academic Press.

Reschly, D. (1979). Nonbiased assessment. In G. Phye & D. Reschly (Eds.), *School psychology: Perspectives and issues* (xxx-xxx). New York: Academic Press.

Reschly, D. (1978). WISC-R factor structures among Anglos, Blacks, Chicanos, and Native American Papagos. *Journal of Consulting and Clinical Psychology, 46,* 417-422.

Reschly, D., & Davis, R. (1977). Comparability of WISC and WISC-R scores among borderline and mildly retarded children. *Journal of Clinical Psychology, 33,* 1045-1048.

Hall, G., & Reschly, D. (1977). Effects of differing external feedback conditions on rates of self-reinforcement. *Journal of General Psychology, 97,* 109-115.

Reschly, D. (1976). School psychology consultation: "Frenzied, faddish or fundamental?" *Journal of School Psychology 14,* 105-113.
    Also reprinted in M. Curtis & J. Zins (Eds.), *The theory and practice of school consultation.* Springfield, IL: Charles. C. Thomas.

Reschly, D., & Jipson, F. (1976). Ethnicity, geographic locale, age, sex, and urban-rural residence as variables in the prevalence of mild mental retardation. *American Journal of Mental Deficiency, 81,* 154-161.
    Also reprinted in S. Chess & S. Thomas (Eds.) *Annual progress in child psychiatry and child development: Tenth annual edition,* (612-624). New York: Brunner/Mazel.

Reschly, D., & Sabers, D. (1974). Open education: Have we been there before? *Kappan, 55,* 675-677.

Brown, D., Reschly, D., & Sabers, D. (1974). Using group contingencies with time out and positive reinforcement to modify aggressive behaviors in a Head Start classroom. *Psychological Record, 24,* 491-496.

Brown, D., Reschly, D., & Wasserman, H. (1974). Effects of surreptitious modeling upon teacher classroom behaviors. *Psychology in the Schools, 11,* 366-369.
> Reprinted in K. O'Leary & S. O'Leary (Eds.), *Classroom management: The successful use of behavior modification* (2nd ed.) 211-215. New York: Pergamon Press
> Reprinted in L. J. Carroll (Ed.), *Contemporary School Psychology (pp. xxx-xxx).* Brandon, VT: Clinical Psychology Publishing Co.

Reschly, D. (1973). Consistency of self-reinforcement rates over different tasks: Sex, task success, and ability as determinants of rates of self-reinforcement. *Psychological Record, 23,* 237-242.

Reschly, D., & Mittman, A. (1973). The relationship of self-esteem status and task ambiguity to the self-reinforcement behavior of children. *Developmental Psychology, 9,* 16-19.

## Other Publications (Technical Reports/Monographs/Newsletter)

- Reschly, D. (1972). *Technical Report: EPDA Summer Institute.* Tucson, AZ: Arizona Center for Educational Research and Development.
- Reschly, D. et al. (1974). *The development and use of instructional objectives for open education classrooms.* Tucson, AZ: University of Arizona, Arizona Center for Educational Research and Development.
- Reschly, D. (1978). *Nonbiased assessment and school psychology.* Des Moines, IA: Iowa Department of Public Instruction. (ERIC Document Reproduction Service No. ED 157 240)
- Reschly, D. (1980). *Nonbiased assessment.* Unpublished monograph, Iowa State University, Ames. (ERIC Document Reproduction Service No. ED 209 810; EC 140 324) (Distributed to all school psychologists in Iowa, Illinois, Kansas, and Florida)
- Reschly, D., Grimes, J., & Ross-Reynolds, J. (1981). *State norms for IQ, adaptive behavior, and sociocultural background: Implications for nonbiased assessment* (Project Report). Des Moines, IA: Department of Public Instruction. (ERIC Document Reproduction Service No. ED 209-811, EC 140 315)
- Reschly, D., Gresham, F., & Graham-Clay, S. (1984). *Multi-factored nonbiased assessment: Convergent and discriminant validity of social and cognitive measures with black and white regular and special education students* (Final Project Report). Ames, IA: Iowa State University, Department of Psychology. ED No 252 034.
- Reschly, D. J. NASP Presidential Editorials
  "What's good about school psychology?" 1984, <u>13</u>(1), 1-2.
  "The professional development imperative." 1984, <u>13</u>(2), 1-2.
  "Professional standards ARE practical." 1984, <u>13</u>(3), 1-2.
  "Expanding roles or guild interests." 1984, <u>13</u>(4), 1-2.
  "Diversity in school psychology." 1985, <u>13</u>(5), 1,8.
  "The NASP-APA relationship: A good news-bad news story." 1985, <u>13</u>(6), 1-2.
  "The scourge of racism." 1985, <u>13</u>(7), 1.
  "LD or not LD? Simple solutions to complex problems." 1985<u>13</u>(8), 1-2.
- Reschly, D. J., & Casey, A. (1986). *Behavioral consultation.* Ames, IA: Iowa State University, Department of psychology, Project RE-AIM. (67 pp.) (Distributed to all school psychologists in Iowa)

- Reschly, D. J. (1987). Behavioral consultation. In M. Wang (Ed.), *What works in the education of special needs students*. Washington, DC: Department of Education, Office of Special Education and Rehabilitation Services.
- Reschly, D. J. (1987). *Adaptive behavior in classification and programming*. St. Paul, MN: Minnesota Department of Education. Revised and expanded in 1988 for the state of Florida.
- Reschly, D. J. (1987). "Disproportionality", (pp. 526-528), "Labeling", (pp. 901-903), "*Marshall v. Georgia*" (pp. 989-992), "*PASE V. Hannon*", (pp. 1156-1157). In C. R. Reynolds & L. Mann (Eds.), *Encyclopedia of special education*. New York: Wiley Interscience.
- Reschly, D. J., Genshaft, J., & Binder, M. S. (1987). *The 1986 NASP survey: Comparison of practitioners, NASP leadership, and university faculty on key issues*. Washington, DC: National Association of School Psychologists. ED 300 733.
- Reschly, D. J., Robinson, G. A., Volmer, L. M., & Wilson, L. R. (1988). *Iowa mental disabilities research project final report*. Des Moines, IA: Iowa Department of Education, Bureau of Special Education.
- Reschly, D. J. (1989). Videotape: *Adaptive behavior: Definition and assessment*. Washington D. C.: National Association of School Psychologists.
- Reschly, D. J. (1989). Videotape: *Adaptive behavior: Designing interventions and monitoring progress*. Washington D. C.: National Association of School Psychologists.
- Reschly, D. J. (1990). *Classification of students for special education: Alternative models and criteria* (47 pp.). Sacramento, CA: California Department of Education Policy Analysis Paper.
- Connolly, L. & Reschly, D. J. (1990). Personnel shortages: The school psychology crisis of the 1990s. *NASP Communique, 19(3)*, 1,12.
- Flugum, K., Ward, S., Golbert, K., Yoo, T-Y., Reschly, D. J., & Robinson, G. A. (1990). *Baseline comparison of Year 1 and Year 2 Renewed Service Delivery System trial sites*. Des Moines, IA: Iowa Department of Education, Bureau of Special Education.
- Reschly, D. J., Robinson, G. A., Ward, S., Flugum, K., Golbert, K., & Yoo, T-Y. (1990). *Baseline results for Phase II RSDS trial sites*. Des Moines, IA: Iowa Department of Education, Bureau of Special Education.
- Reschly, D. J., Robinson, G. A., & Ward, S. (1990). *Evaluation of the Renewed Services Delivery System: (Research Report #1)*. Des Moines, IA: Bureau of Special Education, Iowa Department of Education.
- Reschly, D. J., Robinson, G. A., Ward, S., Flugum, K., & Yoo, T-Y. (1990). *Baseline results for Phase II trial sites: (Research Report #2)*. Des Moines, IA: Bureau of Special Education, Iowa Department of Education.
- Flugum, K., Ward, S., Golbert, K., Yoo, T-Y, Reschly, D. J., & Robinson, G. A. (1990). *Comparison of baseline results for Phase I and II trial sites: (Research Report #3).* Des Moines, IA: Bureau of Special Education, Iowa Department of Education.
- Flugum, K. & Reschly, D. J. (1991). *Quality indices and the outcomes of prereferral interventions: (Research Report #4)*. Des Moines, IA: Bureau of Special Education, Iowa Department of Education.

- Reschly, D. J., & Flugum, K. R. (1992). *Special education and related services: Characteristics of current services and implications for reform*. Des Moines, IA: Iowa Department of Education, Bureau of Special Education.
- Reschly, D. J., & Tilly, W. D. (1993). The WHY of system reform. *Communique, 22(1)*, 1, 4-6.
- Reschly, D. J., & Starkweather, A. R. (1997). *Evaluation of an alternative special education assessment and classification program in the Minneapolis Public Schools*. Minneapolis, MN: Minnesota Department of Children, Families, and Learning, Division of Special Education (82 pages).
- Reschly, D. J., & Tilly, W. D. (1997). *Effects of the systems change process on the implementation of transition services*. Des Moines, IA: Iowa Department of Education, Bureau of Special Education (32 pages).
- Ysseldyke, J. E., Thurlow, M. L., Kozleski, E., & Reschly, D. (Eds.) (1998). *Accountability for the results of educating students with disabilities*. Minneapolis MN: National Center for Educational Outcomes, University of Minnesota, College of Education and Human Development.
- Reschly, D. J., & Hughes, G. (1999, March). *Review of Special Schools Placement Data for Roma and Non-Roma Children in Ostrava, Czech Republic*. Unpublished report, Department of Special Education, Vanderbilt University, Nashville TN.
- Reschly, D. J. (2002). Change dynamics in special education assessment: Historical and cotemporary patterns. *Peabody Journal of Education, 77(2)*, 117-136.
- Gresham, F., Reschly, D., Tilly, W. D., Fletcher, J., Burns, M., Crist, T., Prasse, D., Vanderwood, M., & Shinn, M. (2004). Comprehensive evaluation of learning disabilities: A response-to-intervention perspective. *School Psychology Communique, xx*, xx-xx.
- Reschly, D. J. (2006). *Response to Intervention: Why Now?* Video California Department of Education. http://www4.scoe.net/rti/materials.cfm?menuChoice=2
- Reschly, D. J., Holdheide, L. R., Smartt, S. M., & Oliver, R. M. (2007). *Evaluation of special education teacher preparation coursework in reading, behavior, and inclusive practices*. Springfield, IL: Illinois State Board of Education.

**Administrative Law Judge Decisions:**

-Reschly, D. J. In Re: David F.. *Renee M. v. Mason City Community School District and Northern Trails Area Education Agency 2*, 7 D.o.E. 74, Administrative docket # 2027, May, 1989.
-Reschly, D. J. In Re: Hussun H., *Aldona H. v. Sioux City Community School District and Western Hills Area Education Agency 12*, 7 D.o.E. App. Dec. 144, Admin. Doc. #2029, June, 1989
-Reschly, D. J. In Re: Leonna N., *Vera N. v. West Burlington Community School District and Great River Area Education Agency 16*, 7 D.o.E. App. Dec. 144, Admin. Doc. #2021, October, 1989.
-Reschly, D. J., In Re: Michael H., *Des Moines Community School District v. Mary A.,* 7 D.o.E., App. Dec. 387, Admin. Doc. S.E. #13, June, 1990.

-Reschly, D. J., In Re: Christopher L., *Victoria L. v. Ottumwa Community School District and Southern Prairie Area Education Agency 15*, D.o.E. App. Dec. 125, Admin. Doc. S.E. #21, November, 1990.

-Reschly, D. J. In Re: Timothy B. (June 12, 1991), *Timothy B. v. Keokuk Community School District,* SE-35, *Individuals with Disabilities Education Law Report, 18,* 874

-Reschly, D. J., In Re: Jill C. (April 12, 1993), *Jill C. v. Sioux City Community School District*, *Individuals with Disabilities Education Law Report, 20,* 107.

Reschly, D. J. In re: Laura L. (December 28, 1993). *Laura L. v. Burlington Community School District*, SE-96, *Individuals with Disabilities Education Law Report, 20,* 1014.

-Reschly, D. J. In Re Nick B. *Gail B. v. Ottumwa Community School District & Southern Prairie Area Education Agency XV*, Admin. Doc. SE-102, 11 DoE App. Dec. 331, September 13, 1994, *Individuals with Disabilities Education Law Report, 22,* 740.

-Reschly, D. J. In Re In re John M. *Glen and Rita K., v. Des Moines Independent School District and Heartland Area Education Agency XI*, Admin. Doc. SE-109, Cite as 12 D.o.E. App. Dec. 168, December, 1994. *Individuals with Disabilities Education Law Report, 22,* 176.

-Reschly, D. J. In Re Travis H. *Sandra Y. v. Newton Community School District and Heartland Area Education Agency XI*, Admin. Doc. SE-146, Cite as 12 D.o.E. App. Dec. 288, March, 1995. *Individuals with Disabilities Education Law Report, 22,* 915.

-Reschly, D. J. In Re Ryan U. *Burlington Community School District and Great River AEA 16 v. Mr. and Mrs. Allen Underwood*, Admin. Doc. SE-151, Cite as 12 D.o.E. App. Dec. 360, September, 1995. *Individuals with Disabilities Education Law Report, 23,* 162.

-Reschly, D. J. In Re Robert T. *John T. and Leigh T. v. Marion Independent School District and Grant Wood AEA 10,* Admin. Doc. SE-160, Cite as 13 D.o.E. App. Dec. 40, January 29, 1996, February 21, 1996. *Individuals with Disabilities Education Law Report,*

-Reschly, D. J. In Re Jonathan G. *Frank and Judy G. v. Cedar Rapids Community School District,* June 28, 1996.

-Reschly, D. J. In Re: Amanda S., *Amanda S. v. Webster City Community School District*, SE-185, May 22, 1997. *Individuals with Disabilities Education Law Report, 26,* 80

-Reschly, D. J. In Re: Theodor A., *Theodor A. v. Fairfield Community School District,* SE-192, September 2, 1997. *Individuals with Disabilities Education Law Report, 26,* 1090.

-Reschly, D. J. In Re: Stefan S. *Stefan S. v. Ankeny Community School District and Heartland Area Education Agency 11*, SE 194, March 6, 1998. <u>*Individuals with Disabilities Education Law Report, 27*</u>, 1007

## Grants

- Reschly, D., & Jipson, F. (1974-1975). Arizona Department of Education, *Prevalence of handicapped students by sociocultural group and region*. $92,700.
- Reschly, D., & Gresham, F. (1981-1982). Federal Department of Education, *Use of social competence measures to facilitate parent/teacher involvement, and nonbiased assessment.* $48,769.
- Reschly, D. (1985-1986). Iowa Department of Education, *Project excellence, continuing education of school psychologists*. $26,880.

- Reschly, D., & Andre, T. (1986-1987). Iowa Department of Education, *Investigation of programs for children and youth with mental disabilities*. $14,904.
- Grimes, J. P., & Reschly, D. (1986-1988). United States Department of Education, *Project RE-AIM (Relevant educational assessment and intervention model)*, total award $175,000; ISU portion $51,140.
- Reschly, D., & Casey, A. (1987-1988). Iowa Department of Education, *Extension and expansion of the analysis and evaluation of mental disabilities programs*, $24,991.
- Reschly, D. J., & Reiher, T. C. (1987-1988). Iowa Department of Education, *Iowa behavior disorders research project,* $19,602.
- Reschly, D. J. (1987). National Association of School Psychologists Contract to edit *Directory of school psychology graduate programs*, $7,845.
- Reschly, D. J., & Reiher, T. C. (1988-1989). Iowa Department of Education, *Iowa Behavior Disorders Research Project Extension*, $24,950.
- Reschly, D. J. (1989-1992). Bureau of Special Education, Iowa Department of Education, "Evaluation of Renewed Services Delivery System for At Risk and Handicapped Children and Youth," $210,700.
- Peterson, C. & Reschly, D. (1994-1999). "School Psychologists in Early Childhood Preservice Training Project." Personnel Preparation Program, U. S. Department of Education. ($433,913).
- Reschly, D. J. (1994-1996). *Evaluation of Conventional and Alternative Special Education Assessment Procedures with Diverse Populations in an Urban School Environment.* Minnesota Department of Education, Bureau of Special Education. ($90,000).
- Fuchs, D., Reschly, D., & Deshler, D. (Co-Directors) (2001-2006). *The National Research Center in Learning Disabilities.* U.S. Department of Education, Office of Special Education Programs ($3,500,000).
- Coulter, T., Dwyer, C., Laine, S., & Reschly, D., (Principal Investigators), National Comprehensive Center on Teacher Quality, (2005-2010) $5,000,000, US Department of Education.
    Reschly is the PI for the Vanderbilt University subcontract, 2005-2006 funding at $225,000; 2006-2007 funding at $248,920; 2007-2008 funding at $250,207; 2008-2009 funding at 250,000; 2009-2010 funding at $261, 066; 2010-2011 at $261,970; 2011-2012 at $270,000.

**Refereed Papers Presented**

- Reschly, D. (1972). *Rates of self-reinforcement as a function of task ambiguity and self-esteem status*. Paper presented at the meeting of the Rocky Mountain Psychological Association. Las Cruces, NM.
- Reschly, D. & Sabers, D. (1972). *An empirical study of attitudes toward open education*. Paper presented at the meeting of the Rocky Mountain Educational Research Association. Las Cruces, NM.
- Reschly, D., & Swanson, R. (1973, May). *An investigation of word difficulty of the adjective check list*. Paper presented at the meeting of the Rocky Mountain Psychological Association. Las Vegas.

- Reschly, D. (1974, March). *Diverse meanings of consultation as a means of providing school psychological services*. Paper presented at the meeting of the National Association of School Psychologists. Las Vegas.
- Reschly, D., Brown, D., Wasserman, H., & Davis, R. (1974, March). *Use of covert modeling and self-management procedures in modifying inappropriate teacher behaviors and children's hyperactivity*. Paper presented at the meeting of the National Association of School Psychologists. Las Vegas.
- Sabers, D., Reschly, D., & Meredith, K. (1974, April). *Age differences in degree of acquiescence on positively and negatively scored attitude scale items*. Paper presented at the meeting of the National Council on Measurement in Education. San Francisco.
- Reschly, D. (1975, April). *Empirical data on traditional and pluralistic assessment procedures with culturally different children*. Paper presented at the meeting of the National Association of School Psychologists. Atlanta.
- Reschly, D. (1975, April). Chair. *Practical differences among three approaches to school psychology consultation*. Symposium conducted at the meeting of the National Association of School Psychologists.
- Reschly, D. (1975, April). *Key variables in behavioral consultation*. Paper presented at the meeting of the National Association of School Psychologists.
- Reschly, D. (1976, March). Chair. *Issues in behavioral consultation*. Symposium conducted at the meeting of the National Association of School Psychologists.
- Reschly, D. (1976, March). *Problems and tentative solutions for evaluating the outcomes of behavioral interventions in the schools*. Paper presented at the meeting of the National Association of School Psychologists.
- Reschly, D., Sabers, D., & Meredith, K. (1976, April). *Analysis of different concepts of cultural fairness using WISC-R and MAT scores from four ethnic groups*. Paper presented at the meeting of the American Educational Research Association. (ERIC Document Reproduction Service No. ED 126 111)
- Reschly, D. (1977, March). Chair. *Continuing Education for School Psychologists: Content, Method, and Means*. Symposium conducted at the meeting of the National Association of School Psychologists.
- Reschly, D. (1977, March). *School psychologists' evaluations of training programs and in service needs*. Paper presented at the meeting of the National Association of School Psychologists.
- Reschly, D. (1977, March). *Nonbiased assessment: Differing conceptions and empirical results*. Paper presented at the meeting of the National Association of School Psychologists.
- Reschly, D. (1978, March). *Predictive validity of WISC-R factor scores: Implications for nonbiased assessment*. Paper presented at the meeting of the National Association of School Psychologists.
- Reschly, D. (1978, May). *Comparison of bias in assessment using conventional and pluralistic measures*. Paper presented at the meeting of the Council for Exceptional Children. (ERIC Document Reproduction Service No. ED 153 386)
- Reschly, D. (1979, March). Research with the WISC-R: Implications for assessment of minorities. In *Assessment of minorities*. Symposium conducted at the meeting of the National Association of School Psychologists.

- Reschly, D. (1979, March). Journal policies in school psychology. In *Editors of school psychology journals*. Symposium conducted at the meeting of the National Association of School Psychologists.
- Reschly, D. (1980, April). Journal policies in school psychology. In *Editors of school psychology journals*. Symposium conducted at the meeting of the National Association of School Psychologists.
- Reschly, D., & Kazimour, K. (1980, April). *Generalizability of SOMPA standardization data to other populations*. Paper presented at the meeting of the National Association of School Psychologists.
- Reschly, D. (1981, April). *WISC-R differential validity: Psychological evidence vs court opinions*. Paper presented at the meeting of the National Association of School Psychologists.
- Reschly, D. (1981, April). Journal policies in school psychology. In *Editors of school psychology journals*. Symposium conducted at the meeting of the National Association of School Psychologists.
- Reschly, D. (1981, April). Continuing education needs of school psychologists. In *Leadership in school psychology*. Symposium conducted at the meeting of the National Association of School Psychologists.
- Reschly, D. (1982, March). *SOMPA research: First facts*. Paper presented at the meeting of the National Association of School Psychologists.
- Reschly, D. (1982, March). *Neuropsychological vs behavioral models: To explain or to change?* Invited paper presented at the meeting of the National Association of School Psychologists.
- Reschly, D. (1983, March). *Convergent and discriminant validity of the Children's Adaptive Behavior Scale*. Paper presented at the meeting of the National Association of School Psychologists.
- Reschly, D. (1983, March). *Neuropsychological vs behavioral models: To explain or to change?* Invited paper presented at the meeting of the National Association of School Psychologists.
- Reschly, D. (1983, April). The right questions (finally): Comments on the National Academy of Sciences report on mild mental retardation classification/placement. In *Placing children in special education: Findings of the National Academy of Sciences panel*. Symposium conducted at the meeting of the American Educational Research Association, Montreal, Canada. (Invited)
- Reschly, D. J. (1984, April). *ABIC and ELP validity: The search for psychological meaning and educational relevance*. Paper presented at the meeting of the National Association of School Psychologists, Philadelphia, PA.
- Reschly, D. J. (1984, April). *School neuropsychology: Excess baggage in psychoeducational assessment*. Paper presented at the meeting of the National Association of School Psychologists, Philadelphia, PA.
- Reschly, D. J., Graham-Clay, S., & Gresham, F. M. (1984, May). *Adaptive behavior measures with mildly retarded students: The name IS the same but the results are different*. Paper presented at the meeting of the American Association on Mental Deficiency.

- Reschly, D. J. (1984, July). *Mild mental retardation: An international perspective*. Paper presented at the meeting of the VII International School Psychology Colloquium, Orleans, France. (Invited)
- Reschly, D. J. (1985, April). *Psychometric differences between nonimpaired and mildly impaired black students*. Paper presented at the meeting of the National Association of School Psychologists, Las Vegas, NV.
- Reschly, D. J. (1985, April). *School neuropsychology: Excess baggage in psychoeducational assessment*. Paper presented at the meeting of the National Association of School Psychologists, Las Vegas, NV.
- Reschly, D. J. (1985, August). Myths and realities in minority special education overrepresentation. Invited paper in <u>Placement of children in special education: Scientific issues and policy trends</u>. Board of Scientific Affairs Symposium conducted at the Annual Convention of the American Psychological Association, Los Angeles, CA.
- Reschly, D. J., & Kicklighter, R. J. (1985, August). *Comparison of black and white EMR students from Marshall v. Georgia*. Paper presented at the meeting of the American Psychological Association, Los Angeles, CA.
- Reschly, D. J. (1985, December). Invited participant and speaker. Wingspread Conference on the Education of Students with Special Needs: Research Findings and Implications for Policy and Practice, Racine, WI.
- Reschly, D. J. (1986, April). *The research integration project and special education reform: Implications for school psychologists*. Paper presented at the meeting of the National Association of School Psychologists, Hollywood, FL.
- Reschly, D. J. (1986, April). Discussant. *New directions in the assessment of behavior disorders*. Symposium conducted at the meeting of the National Association of School Psychologists, Hollywood, FL.
- Reschly, D. J. (1986, April). Chair. *Refereed journals in school psychology*. Editor's Roundtable conducted at the meeting of the National Association of School Psychologists, Hollywood, FL.
- Corkery, J., McDougall, L., & Reschly, D. (1986, April). *Testing or intervention? Effects of behavioral interviews with referral agents*. Paper presented at the meeting of the National Association of School Psychologists, Hollywood, FL.
- Reschly, D. J. (1986, May). Moderator and Discussant. *The special education reform movement: Implications for students now classified as mildly mentally retarded*. American Association on Mental Deficiency, Denver, CO.
- Reschly, D. J. (1986, May). The quiet revolution: Changes in educational criteria, placement, and programming for the mildly retarded. Invited paper in *Sociocultural mental retardation: Perspectives and issues in prevention and treatment*. Multidisciplinary Session conducted at the Annual Convention of the American Association on Mental Deficiency, Denver, CO.
- Reschly, D. J. (1986, August). Adaptive behavior: Issues in classification, placement, program planning, and interventions. In *Social competence characteristics of mildly handicapped children*. Symposium conducted at the Annual Convention of the American Psychological Association, Washington, DC.
- Reschly, D., & Casey, A. (1987, March). Effects of behavioral consultation training on school psychologists. In *Special/regular education reform: Preparing for the revolution*

*in school psychology.* Symposium conducted at the Annual Convention of the National Association of School Psychologists, New Orleans, LA.

- Grimes, J., & Reschly, D. (1987, March). *Project RE-AIM goals and initial outcomes.* Paper presented at the meeting of the National Association of School Psychologists, New Orleans, LA.
- Reschly, D. (1987, May). *The influence of the AAMD classification manual on placement bias litigation.* Invited paper presented at the meeting of the American Association on Mental Deficiency, Los Angeles, CA.
- Reschly, D. (1987, May). *Development of the S-1 Federal Court defense against allegations of discrimination due to minority EMR overrepresentation.* Invited paper presented at the Annual Convention of the American Association on Mental Deficiency, Los Angeles, CA.
- Reschly, D. (1987, May). *The continuing saga of minority misclassification litigation.* In symposium conducted at the meeting of the American Association on Mental Deficiency, Los Angeles, CA.
- Reschly, D. (1987, August). Evaluation of RE-AIM. In *Alternative designs for alternative delivery systems.* Symposium conducted at the meeting of the American Psychological Association, New York, NY.
- Reschly, D. (1987, August). A statewide consultation project. *In Behavioral consultation research: A synthesis of the Mardi Gras symposium.* Symposium at the Annual Convention of the American Psychological Association, New York, NY.
- Reschly, D. (1988, April). Chair. *Special education reform/school psychology revolution.* Symposium at the Annual Convention of the National Association of School Psychologists, Chicago, IL.
- Binder, M., Marks, R., & Reschly, D. J. (1988, April). RE-AIM results: Participants' evaluation of training and commitment to reforms. In *Special education reform/school psychology revolution.* Symposium conducted at the meeting of the National Association of School Psychologists, Chicago, IL.
- Grimes, J. P., & Reschly, D. J. (1988, April). The relevant educational assessment and intervention models. In *Special education reform/school psychology revolution.* Symposium conducted at the meeting of the National Association of School Psychologists, Chicago, IL.
- Pierce, K., Reschly, D., Casey, A., & Derr, S. (1988, April). RE-AIM results: Acquisition of behavior consultation skills, consultee evaluations, and student outcomes. In *Special education reform/school psychology revolution.* Symposium conducted at the meeting of the National Association of School Psychologists, Chicago, IL.
- Reschly, D. (1989, March). *Legal and ethical issues in the design of alternative delivery systems.* Paper presented at the Annual Convention of the National Association of School Psychologists, Boston, MA.
- Reschly, D. J., & McMaster-Beyer, M. (1990, April). *Trends and non-trends in school psychology graduate education.* Paper presented at the meeting of the National Association of School Psychologists, San Francisco, CA.
- Prasse, D. P., & Reschly, D. J. (1990, April). *Legal challenges to special education reform.* Paper presented at the meeting of the National Association of School Psychologists, San Francisco, CA.

- Reschly, D. J. (1990, April). *The Iowa Renewed Services Delivery System baseline results: Implications for national reform plans*. Paper presented at the Annual Convention for the national Association of School Psychologists, San Francisco, CA.
- Reschly, D. (1990, July). *Trends in the graduate education of school psychologists in the United States*. Paper presented at the Thirteenth Annual International School Psychology Colloquium, Salve Regina College, Newport, RI.
- Reiher, T. C., & Reschly, D. J. (1990, October). *Teacher ratings of support services for Iowa behaviorally disordered students*. Paper presented at the meeting of the Iowa Council for Exceptional Children, Des Moines, IA.
- Reschly, D. J. (1991, March). *University faculty shortages: A 1989-1991 study of filled and unfilled vacancies*. Annual Convention of the National Association of School Psychologists, Dallas.
- Reschly, D. J. (1991, March). Symposium Organizer and Chair. *Personnel shortages: The school psychology crisis of the 1990s and beyond*. Meeting of the National Association of School Psychologists, Dallas, TX.
- Reschly, D. J., & Ullman, J. (1991, March). Redefining service delivery options for school psychologists: Current status and the Iowa experience. In *Training initiatives in school psychology: Programs and perspectives*. Symposium conducted at the meeting of the National Association of School Psychologists, Dallas, TX.
- Reschly, D. J., & McMaster-Beyer, M. (1991, March). *Program enrollment and graduates: A twenty-year decline*. Paper presented at the meeting of the National Association of School Psychologists, Dallas TX.
- Reschly D. J., & Connolly, L. M. (1991, March). University faculty shortages: A 1989-1991 study of filled and unfilled vacancies. In *Personnel shortages: The school psychology crisis of the 1990s and beyond*. Symposium conducted at the meeting of the National Association of School Psychologists, Dallas, TX.
- Reschly, D. J., Flugum, K., & Golbert, K. (1991, August). *Influences of intervention quality on the outcomes of prereferral interventions*. Annual Convention of the American Psychological Association, San Francisco.
- Reschly, D. J. & Starkweather, A. (1992, March). *Alternative educational delivery systems: The emerging consensus among practitioners and faculty*. Paper presented at the meeting of the National Association of School Psychologists, Nashville, TN.
- Reschly, D. J. (1992, March). *School psychology faculty and practitioners' demographics, job satisfaction, and role preferences*. Paper presented at the meeting of the National Association of School Psychologists, Nashville, TN.
- Reschly, D. J. (1992, March). IQ testing: Our past, not our future. Invited address. In *The Future of Psychological Assessment*. Symposium conducted at the meeting of the National Association of School Psychologists, Nashville, TN.
- Reschly, D. J. & Flugum, (1992). *Prediction of consultation short- and long-term outcomes*. Annual Convention of the American Psychological Association, Toronto.
- Reschly, D. J. (1993, August). *School psychology and minority overrepresentation*. Paper. SSSP. Toronto.
- Andresen, K. R., & Reschly, D. J. (1993). *Effects of the conceptualization of student problems on teacher self-efficacy*. Annual Convention of the National Association of School Psychologists. Washington DC

- Reschly, D. J. (1993, March). *The future of assessment.* Debate. Annual Convention of the National Association of School Psychologists, Washington D.C.
- Reschly, D. J. (1993, March). *Functional assessment for classification and intervention.* Preconvention Workshop. NASP.
- Reschly, D. J. (1994, March). *System reform implications for the training of school psychologists.* Annual Convention of the National Association of School Psychologists, Seattle.
- Reschly, D. J. (1994, March). *Analysis of minority overrepresentation research and litigation: Implications for system reform.* Annual Convention of the National Association of School Psychologists, Seattle.
- Reschly, D. J. (1994, March). Assessment issues and NASP Policy. Invited presentation. In *The future of psychological assessment.* Symposium. Annual Convention of the National Association of School Psychologists, Seattle.
- Reschly, D. J. (1994, August). Behavior Assessment Technology and the Revision of the Standards for Educational and Psychological Testing, Symposium. Annual Convention American Psychological Association, Los Angeles.
- Reschly, D. J. (1994, August). Variables related to behavioral consultation outcomes. In *Behavior consultation: Advances in research and practice.* Symposium. Annual Convention American Psychological Association, Los Angeles.
- Reschly, D. J. (1995, January). *IQ and Special Education: History, Current Status, and Alternatives.* Invited Address. Board on Testing and Assessment, National Research Council, National Academy of Sciences, LaJolla, CA.
- Reschly, D. J., Starkweather, A. R., Birtwistle, J., & Dawson, M. M. (1995, July). *Role Preferences and Priorities: Comparisons of British (Educational) and American (School) Psychologists.* Paper Presented at the XVIII International School Psychology Colloquium, University of Dundee, Dundee, Scotland.
- Reschly, D. J. (1995, August). *Characteristics of school psychology graduate education and school-based practice: Implications for doctoral specialty definition.* Paper presented at the meeting of the Council of Directors of School Psychology Programs Second Annual School Psychology Training Conference, American Psychological Association, New York, NY.
- Reschly, D. J. (1995, August). *System change in the heartland.* Paper presented at the Second Annual Institute for Administrators of School Psychological Services, American Psychological Association, New York.
- Reschly, D. J. (1995, August). *Politics or science—The Bell Curve controversy.* In symposium presented at the meeting of the American Psychological Association, New York.
- Reschly, D. J. (1996, April). Approaches to the Analysis and Resolution of Disproportionate Minority Participation in General and Special Education Programs, Mini-Skills Workshop, National Association of School Psychologists Annual Convention, Atlanta.
- Reschly, D. J., & Wilson, M. S. (1996, August). Psychologists' Choices of Assessment Instruments: Malpractice Litigation Looking for a Place to Happen? American Psychological Association Symposium Paper, Annual Convention, Toronto

- Reschly, D. J. (1997, March). Analysis and Prevention of Disproportionate Minority Representation in General and Special Education Programs. Annual Convention of the National Association of School Psychologists, Anaheim.
- Reschly, D. J. (1998, April). *Review and critique of the responsibilities of test users in the proposed APA/AERA/NCME standards.* Paper presented as part of symposium, "Standards for educational and psychological testing in the 21st century." Annual Convention of the National Association of School Psychologists, Anaheim, CA.
- Ikeda, M. J., & Reschly, D. J. (1997). *Application of problem solving to low incidence conditions and evaluation of effects of problem solving.* Presented as part of a day long workshop at the National Association of School Psychologists Annual Conference, Anaheim, CA, April 1997.
- Reschly, D. J. (1997). *Patterns of disproportionate representation and strategies to reduce overrepresentation in special education.* Paper presented at the Annual Convention of the National Association for Multicultural Education, Albuquerque, New Mexico.
- Reschly, D. J. (1998, April). *Securing school psychology's future: Data-based decision making and outcomes criteria.* Preconvention Workshop, Annual Convention of the National Association of School Psychologists, Orlando FL.
- Reschly, D. J. (1998, April). *Special education categorical diagnoses: Communicating too little and too much.* Paper presented as part of symposium, "Boxes, little boxes, no more little boxes: A shift from categorical to noncategorical needs-based special education." Annual Convention of the National Association of School Psychologists, Orlando FL.
- Reschly, D. J. (1998, April). *Profile analysis: Reification of error.* Paper presented as part of symposium, "A critical appraisal of *Kaufman's Intelligent Testing with the WISC-III.* Annual Convention of the National Association of School Psychologists, Orlando FL.
- Reschly, D. J. (1998, April). *Debate: School psychology and mental health: Is it time to sever the connection.* (with Irwin Hyman). Annual Meeting of the Trainers of School Psychologists, Orlando FL.
- Reschly, D. J. (1998, August). *School psychology: Is there evidence of change?* Annual Convention of the American Psychological Association, San Francisco.
- Reschly, D. J. (1999, August). *Dilemmas for psychologists who determine disability status in educational settings.* Annual Convention of the American Psychological Association, Boston.
- Reschly, D. J., Ikeda, M. (2000, March). *Comparisons of school psychologists with and without IQ: Roles, assessment practices, and job satisfaction.* Annual Convention of the National Association of School Psychologists,, New Orleans, LA.
- Reschly, D. J., & Hosp, J. (2000, August). *Regional and Setting Differences in School Psychology Practice.* Annual Convention of the American Psychological Association, Washington DC.
- Reschly, D. J. (2001, April). *Minority overrepresentation: New legal requirements, alternative criteria, and solutions.* Mini-skills Workshop, Annual Convention of the National Association of School Psychologists, Washington DC.

- Reschly, D. J. (2001, April). *Black School Psychologists: Roles, Satisfaction, Assessment Practices, and Reform Attitudes.* Poster, Annual Convention of the National Association of School Psychologists, Washington DC.
- Reschly, D. J. (2001, August). Black School Psychologists' Evaluations of Reform Themes and Special Education Acceptability. Poster, Annual Convention of the American Psychological Association, San Francisco.
- Reschly, D. J. (2001, August). Reform-Revolution Revisited: Outcomes Criteria and School Psychology Change in the 21st Century. Invited address, Division 16 at the Annual Convention of the American Psychological Association, San Francisco.
- Reschly, D. J. & Rosenfield, S. (February, 2002). Minority Overrepresentation: Legal Issues and Intervention Alternatives. Annual Convention of the National Association of School Psychologists, Chicago.
- Reschly, D. J. (February, 2002). *State and National Disproportionality Patterns by Disability and Sociocultural Group.* Mini-skills Workshop, Annual Convention of the National Association of School Psychologists, Chicago.
- Reschly, D. J., & Harry, B. (April 2002). *Minority Overrepresentation in Special Education: The NRC Report.* Council for Exceptional Children, New York.
- Reschly, D. J. (2002, August). *Symposium organizer and chair, The National Research Council Report on SSA Eligibility in MR* and paper *Combining Information on Intelligence and Adaptive Behavior in Eligibility Decisions.* Annual Convention of the American Psychological Association, Chicago.
- Reschly, D. J., Hosp, J. L., & Schmied, C. M. (February 2003). *And Miles to Go....State SLD Requirements and National Recommendations.* International Conference of the Learning Disabilities Association. Chicago
- Ysseldyke, J. E., Reschly, D. J., & Vanderwood, M. (April 2003). Full-day Workshop on Assessment. National Association of School Psychologists Annual Convention. Toronto.
- Reschly, D. J. (2003, April). *Redefinition of Learning Disabilities*. Council for Exceptional Children Annual Convention, Seattle.
- Reschly, D. J. (March 2003). *Demise of IQ-Achievement Discrepancy: What Are the Alternatives.* National Association of School Psychologists Annual Convention, Dallas
- Reschly, D. J. (March 2004).
- Reschly, D. J., Ysseldyke, J. E., & Vanderwood, M. (April 2004). Full-day Workshop on Assessment. National Association of School Psychologists Annual Convention. Dallas.
- Reschly, D.J. (April 2004). *Trends in State SLD Criteria*. Presented as part of the Symposium, NRCLD's Classification Studies, Focus Groups, and State Surveys. Council for Exceptional Children Annual Convention. New Orleans.
- Reschly, D. J. (June 2004). *Alternative Approaches to Disability Classification*. Third Anglo-American Conference on Special Education and School Reform. Cambridge England.

*Note: Refereed presentations at national learned society meetings 2005-2006 to be added*

- Reschly, D. J. (2007, April 19). *Specific learning disabilities identification policies: Choices and consequences.* Paper Annual Convention of the Council for Exceptional Children, Louisville, KY.
- Reschly, D. J. (2007, March 29). *Paradigm shift and beyond: Improving results for all.* Invited general session address, Annual Convention National Association of School Psychologists, New York City.
- Reschly, D. J., & Patton, J. M. (2007, March 30). *Overrepresentation policy, prevention, early intervention/treatment, and system change.* Invited 4 hour pre-convention workshop Annual Convention National Association of School Psychologists, New York City.
- Reschly, D. J. (2007, August 19). Organized symposium, *Controversies in determination of mental retardation in death penalty appeals* and presented paper, *Misunderstandings in death penalty appeals: Varying MR conceptions and criteria.* Annual Convention American Psychological Association, San Francisco.
- Reschly, D. J. (2009). *Consequences of school psychologists' decisions: Death penalty and SSI outcomes.* Annual Convention of the National Association of School Psychologists, Boston.
- Reschly, D. J. (2009, August 7). Organized symposium, *Death Penalty Court Decisions and Mental Retardation Classification and Research,* and presented paper, *Authoritative Conceptions of Mental Retardation and Atkins Decisions.* Annual Convention of the American Psychological Association. Toronto.
- Reschly, D. J. (2009, August 6). *School psychology paradigm shift:  or  Cronbach's two disciplines of scientific psychology.* Annual Convention of the American Psychological Association. Toronto.
- Reschly, D. J., & McGraner, K. L. (2010, March). *Improving teacher preparation with evidence-based innovation configurations in reading and math.* Annual Convention of the Council for Exceptional Children, Nashville, TN.
- Reschly, D. J., & Gresham, F. M. (2010, August*). Standard of practice and Flynn Effect testimony in death penalty appeals.* Annual Convention of the American Psychological Association, San Diego.
- Welsh, J. S. & Reschly, D. J. (2011, February 23). *Survival skills for litigation: Preparation, testimony, and the Daubert challenge.* Invited Workshop, National Association of School Psychologists, San Francisco.
- Oliver, R. M., & Reschly, D. J. (2011, February 25). *State SLD identification policies: A changing landscape since the reauthorization of IDEA 2004.* Poster Annual Convention National Association of School Psychologists, San Francisco.
- Reschly, D. J. (2011, April). *Evaluating teacher effectiveness: What does it mean for special educators.* Annual Convention of the Council for Exceptional Children, Washington DC.
- Welsh, J. S. & Reschly, D. J. (2012). *Survival skills for litigation: Preparation, testimony, and the Daubert challenge.* Invited Workshop, National Association of School Psychologists, Philadelphia.
- Welsh, J. S. & Reschly, D. J. (2013). *Survival skills for litigation: Preparation, testimony, and the Daubert challenge.* Invited Workshop, National Association of School Psychologists, Seattle.

**Other Presentations**

**Colloquia at the following universities (listed in chronological order)**

University of Wisconsin-Eau Claire, University of British Columbia, University of Utah, University of Oklahoma, University of Arizona, Wichita State University, Memphis State University, James Madison University, University of Georgia (twice), Pennsylvania State University (twice), New York University, University of Pittsburgh, University of Oregon (twice), Indiana State University, Illinois State University (twice), Louisiana State University, San Diego State University, University of California-Riverside (twice), Ohio State University, Syracuse University, University of Kentucky, Governor's State University (IL), Northern Illinois University, Vanderbilt University, University of South Carolina, Mississippi State University, University of Texas (twice), University of Minnesota, Iowa State University, City University of New York-Queens, University of Iowa, University of Otago (NZ), Massey University (NZ)

Colloquium topics have included empirical studies on bias in assessment, legal issues, mild mental retardation classification issues, and school psychology professional issues.

**Keynote Addresses and Workshops in 47 States (Over 300 presentations)**

- Reschly, D. (1976, February). *Use of behavioral consultation techniques in interventions for chronically disruptive students*. Presentation. Iowa Department of Public Instruction Workshop for School Psychologists.
- Reschly, D. (1976, August). *Issues in the classification, assessment, and interventions for children with emotional disabilities*. Presentation. Iowa Department of Public Instruction Workshop for School Psychologists, Waterloo, IA.
- Reschly, D. (1976, October). *Adaptive behavior assessment and interventions with mentally retarded students*. Presentation. Iowa Department of Public Instruction Workshop for School Psychologists, Ames, IA.
- Reschly, D. (1976, November). *Behavioral consultation in schools*. Presentation. Iowa Department of Public Instruction Workshop for School Psychologists, Des Moines, IA.
- Reschly, D. (1976, November). *Recent research in intellectual assessment*. Presentation. Metropolitan Nashville Inservice Meeting for School Psychologists, Nashville, TN.
- Reschly, D. (1977, April). *Behavioral consultation with parents and teachers*. Presentation. University of Wisconsin-Eau Claire, Sixth Annual School Psychology Institute, Eau Claire, WI.
- Reschly, D. (1977, May). *Nonbiased assessment and school psychologists*. Presentation. Michigan Association of School Psychologists.
- Reschly, D. (1977, May). *Legal challenges to school psychological assessment*. Presentation. Area Education Agency IX, Davenport, IA.
- Reschly, D. (1977, October). *Adaptive behavior assessment with the mildly retarded*. Presentation. Area Education Agency VII, Waterloo, IA.

- Reschly, D. (1977, November). School Psychologists and assessment in the future. P. O. Wagner Memorial Address, Ohio School Psychologist Association.
- Reschly, D. (1977, December). *Nondiscrimination in placement: The challenge to school psychologists.* Presentation. South Dakota Association of School Psychologists, Vermillion, SD.
- Reschly, D. (1978, February). *The measurement and use of adaptive behavior in special education classification and programming.* Presentation. Special Study Institute for Intern School Psychologists, Division of Special Education, Ohio Department of Education, Columbus, OH.
- Reschly, D. (1979, January). *Assessment of adaptive behavior in mental disabilities diagnosis and programming.* Presentation. Area Education Agency VI, Marshalltown, IA.
- Reschly, D. (1979, April). *Nonbiased assessment and mild mental retardation.* Presentation. Area Education Agency V, Ft. Dodge, IA.
- Reschly, D. (1979, May). *Measurement and use of adaptive behavior.* Workshop. Council Bluffs Public Schools and Iowa Department of Public Instruction, Council Bluffs, IA.
- Reschly, D. (1979, July). *What's new in assessment.* Colloquium. University of British Columbia, Vancouver, BC.
- Reschly, D. (1979, October). *Bias in assessment: What are the issues?* Keynote address. Georgia Association of School Psychologists Fall Workshop.
- Reschly, D. (1979, September). *University personnel as a support system for psychological research in the schools.* Presentation. Iowa Department of Public Instruction Workshop for School Psychologists.
- Reschly, D. (1979, December). *Bias in assessment: What are the issues?* Keynote address. Iowa Educational Research and Evaluation Association.
- Reschly, D. (1980, April). *Bias in assessment: Differing conceptions and empirical results.* Colloquium. University of Utah, Salt Lake City, UT.
- Oakland, T., & Reschly, D. (1980, April). *Nonbiased assessment.* Preconvention Workshop. National Association of School Psychologists Annual Convention, Washington, DC.
- Reschly, D. (1980, April). *Overview of PL 94-142.* Presentation. Morningside College, Sioux City, IA.
- Reschly, D. (1980, April). *Characteristics of handicapped children.* Presentation. Morningside College, Sioux City, IA.
- Reschly, D. (1980, May). *Adaptive behavior and nonbiased assessment.* Workshop. University of Wisconsin-Eau Claire, Ninth Annual School Psychology Institute.
- Reschly, D. (1980, May). *Bias in assessment: Differing conceptions and empirical results.* Keynote address. South Carolina Association of School Psychologists Spring Convention.
- Reschly, D. (1980, May). *Adaptive behavior: Background, assessment, and practices.* Workshop. Iowa Department of Public Instruction Special Institute.
- Reschly, D. (1980, June). *Nondiscriminatory assessment: Quality indicators.* Workshop. Indianapolis Public Schools.

- Reschly, D. (1980, June). Invited participant, Spring Hill Symposium on the Future of Psychology in the Schools. Minneapolis, MN.
- Reschly, D. (1980, July & August). *Psychoeducational assessment*. Workshop. Louisiana State Department of Education.
- Reschly, D. (1980, September). *Trends in school psychological assessment*. Keynote address. Association of School Psychologists.
- Reschly, D. (1980, October). *Nondiscriminatory assessment*. Workshop. Colorado Society of School Psychologists Fall Convention.
- Reschly, D. (1980, October). *Recent research on test bias*. Colloquium. University of Oklahoma.
- Reschly, D. (1980, November). *What's right about school psychology*. Keynote address. Oklahoma School Psychological Association Fall Convention.
- Reschly, D. (1980, November). *Nonbiased assessment*. Workshop. Oklahoma School Psychological Association Fall Convention.
- Reschly, D. (1980, December). *Nonbiased assessment*. Workshop. Illinois Department of Education and Illinois School Psychologists Association, Suburban Chicago.
- Reschly, D. (1981, January). Nonbiased assessment. Workshop for Illinois School Psychologists Association and the Chicago Public Schools.
- Reschly, D. (1981, January). *Empirical studies of test bias*. Colloquium. University of Arizona.
- Reschly, D. (1981, January). *Nonbiased assessment*. Workshop. Arizona State School Psychologists Association.
- Reschly, D. (1981, February). *School psychology and the issue of bias*. Colloquium. Wichita State University, Wichita, KS.
- Reschly, D. (1981, February). *Research on SOMPA*. Workshop. Wichita Public Schools, Wichita, KS.
- Reschly, D. (1981, February). *Trends in psychoeducational assessment*. Workshop. Heartland Area Education Agency 11.
- Oakland, T., & Reschly, D. (1981, April). *Nonbiased assessment*. Preconvention Workshop. National Association of School Psychologists Annual Convention, Houston, TX.
- Reschly, D. (1981, May). *Nondiscriminatory assessment*. Workshop. Texas Psychological Association.
- Reschly, D. (1981, May). *Research on performance of minorities on standardized tests*. Colloquium. Memphis State University.
- Reschly, D. (1981, July). *Trends in research, court opinions, and legislation regarding bias*. Colloquium. James Madison University Annual Summer Institute for School Psychologists.
- Reschly, D. (1981, August). *Psychoeducational assessment*. Workshop. Louisiana State Department of Education.
- Reschly, D. (1981, September). *Assessment of social skills*. Workshop. Iowa Department of Public Instruction.
- Reschly, D. (1981, October). *Current trends in school psychology*. Keynote address. Oklahoma School Psychology Association Fall Convention.

- Reschly, D. (1981, October). *Behavioral consultation*. Workshop. Oklahoma School Psychology Association Fall Convention.
- Reschly, D. (1981, November). Invited participant. Olympia Conference on Planning the Future of School Psychology.
- Reschly, D. (1981, November). *Nonbiased assessment*. Workshop. Florida Association of School Psychologists.
- Reschly, D. (1982, January). *Professional issues related to assessment of adaptive behavior*. Workshop. Grant Wood Area Education Agency 10, Cedar Rapids, IA.
- Reschly, D. (1982, April). *Current developments in school psychology*. Continuing Education Presentation. Mississippi Bend Area Education Agency 9 School Psychologists.
- Reschly, D. (1982, April). *Fair and useful assessment for minority students*. Workshop. Illinois State Board of Education, Mt. Vernon, IL.
- Reschly, D. (1982, April). *Placement bias litigation and psychoeducational assessment*. Invited paper. Buros-Nebraska Symposium on Measurement and Testing.
- Reschly, D. (1982, May). *Discrimination in special education assessment: Myth and reality*. Colloquium. University of Georgia.
- Reschly, D. (1982, September). *Assessing adaptive behavior*. Inservice. Arrowhead Education Agency.
- Reschly, D. (1982, October). *Nontest based assessment of children*. Workshop. North Carolina School Psychology Association Fall Conference, Wrightsville Beach, NC.
- Reschly, D. (1982, October). *School psychology today: Progress, not impasse*. Colloquium. Pennsylvania State University.
- Reschly, D. (1982, October). *Use of social competence data in classification/placement and program planning/intervention decisions*. Workshop. Sixteenth Annual Pennsylvania School Psychologists Conference.
- Reschly, D. (1983, January). *School psychology in the decade ahead: Old problems, new solutions*. Keynote address. New Jersey Association of School Psychologists Winter Meeting.
- Reschly, D. (1983, January). *Use of social competence information in classification/placement decisions*. Seminar. New York City Association of School Psychologists.
- Reschly, D. (1983, January). *Use of social skills and adaptive behavior data in programming: IEP objectives and least restrictive environment*. Keynote address. Cuyahoga Special Education Service Center, Cuyahoga, OH.
- Reschly, D. (1983, March). *Beyond test bias: Appropriate assessment and programming for handicapped minority students*. Keynote address. Mississippi Association for Psychology in the Schools Spring Meeting.
- Reschly, D. (1983, April). *Recent developments in ability testing*. Presentation. Iowa Psychological Association Continuing Education, Ames, IA.
- Reschly, D., & Fleig, G. (1983, May). *Conflicting assessment information: Separating the wheat from the chaff*. Invited workshop. Fourth National Institute on Legal Problems of Educating the Handicapped.

- Reschly, D. (1983, June). *Learning problems: Handicaps or cultural differences? Appropriate assessment for minority students*. Workshop. Central Ohio Special Education Regional Resource Center, Columbus, OH.
- Reschly, D. (1983, September). *Screening and monitoring referrals*. Workshop. Schaumberg Public Schools, Schaumberg, IL.
- Reschly, D. (1983, October). Keynote address. Georgia Association of School Psychologists, Rock Eagle, GA.
- Reschly, D. (1983, October). Keynote address. Washington Association of School Psychologists, Wenatchee, WA.
- Reschly, D. (1983, October). *Recent advances in assessment*. Workshop. AEA VII staff, Waterloo, IA.
- Reschly, D. (1983, November). Keynote address. North Dakota and Northwest Minnesota School Psychologists, Moorhead, MN.
- Reschly, D. (1983, November). *Assessment of adaptive behavior*. Keynote address and workshop.  South Carolina Association of School Psychologists Fall Convention.
- Reschly, D. (1983, November). Assessment for the Teaching/Learning Process. Keynote address at the Ontario Institute for Studies in Education International Symposium on Exceptional Students, Toronto, Canada.
- Reschly, D. (1984, February). School Psychology Workshop. Gary, IN.
- Reschly, D. (1984, February). School Psychology Workshop. NSSEO Inservice, Palentine, IL.
- Reschly, D. (1984, March). *Current issues and recent advances in assessment of the handicapped*. State of Virginia Department of Education Workshop for Related Services Personnel.
- Reschly, D. (1984, April). *Recent developments in ability testing and nonbiased assessment*. Seminar. Iowa Psychological Association Continuing Education, Ames, IA.
- Reschly, D. (1984, May). *Beyond test bias and minority overrepresentation*. General Session Address. Fifth National Institute on Legal Problems of Educating the Handicapped, Chicago, IL.
- Reschly, D. (1984, May). *Assumptions in placement bias litigation: A research agenda in mild mental retardation*. First Annual Pittsburgh Symposium on Research with the Handicapped, Pittsburgh, PA.
- Reschly, D. (1984, May). *Adaptive behavior and social skills in classification and placement decisions*. Thirteenth Annual School Psychology Institute, University of Wisconsin, Eau Claire, WI.
- Reschly, D. J. (1984, July). Mild mental retardation: An international perspective. Paper presented at the VII International School Psychology Colloquium, Orleans, France.
- Reschly, D. (1984, September). *Choices and alternatives for compliance with psychoeducational legal requirements*. Iowa DPI Conference on Reevaluation of Assessment Practices.
- Reschly, D. (1984, September). *Due process and testing practices*. AEA7, Waterloo, IA.
- Reschly, D. (1984, September). *Social competence: Research and interventions*. Kentucky Association of School Psychologists, Lexington, KY.

- Reschly, D. (1984, October). *Avoiding placement bias litigation: Lessons from Larry P., PASE, and Marshall*. Presentation. National Association of Directors of Special Education.
- Reschly, D. (1984, October). *Potpourri of school psychology issues*. Iowa School Psychology Association.
- Reschly, D. (1984, October). *Social skills assessment and intervention*. Northern New England School Psychology Conference.
- Reschly, D. (1984, November). *Adaptive behavior research, assessment, and training*. Florida Association of School Psychologists.
- Reschly, D. (1984, November). *Social competence: Adaptive behavior and social skills*. Tennessee Association of School Psychologists.
- Reschly, D. (1984, November). *Understanding psychoeducational assessment evidence*. Workshop. Due Process Hearing Officers, Virginia Department of Education.
- Reschly, D. (1984, November). *Fair and useful assessment: Current trends*. Workshop. Washington Public Schools, Washington, DC.
- Reschly, D. (1984, December). *Legal influences on intellectual assessment*. Colloquium. University of Arizona, Tucson, AZ.
- Reschly, D. (1984, December). *Trends in assessment*. Workshop. Clark County Public Schools, Las Vegas, NV.
- Reschly, D. (1985, May). Colloquium. University of Oregon, Eugene, OR.
- Reschly, D. (1985, May). Workshop and Keynote Address. Oregon School Psychologists Association, Portland, OR.
- Reschly, D. (1985, June). Presentation. State Department Conference on Identification and Assessment, Maryland State Department of Education, Baltimore, MD.
- Reschly, D. (1985, October). Workshop. Florida State Department of Education, Tampa, FL.
- Reschly, D. (1985, October). Colloquium. School Psychology Faculty and Students. Indiana University, Bloomington, IN.
- Reschly, D. (1985, October). *Social competence*. Workshop. Canton, OH.
- Reschly, D. (1985, November). Address. University of Arizona Conference on Assessment of Minorities, Tucson, AZ.
- Reschly, D. (1986, January). *Assessment of adaptive behavior*. Presentation. South Suburban (Chicago) Special Education Cooperative, Chicago, IL.
- Reschly, D. (1986, February). *Non-biased assessment*. Colloquium. Illinois State University, Normal, IL.
- Reschly, D. (1986, March). *Adaptive behavior assessment*. Keynote address. Minnesota Association for Education of Mentally Retarded Students.
- Reschly, D. (1986, April). *Assessment of social competence for classification and programming*. Workshop. Wisconsin School Psychologists Association.
- Reschly, D. (1986, May). Keynote address. Minnesota Department of Education Conference on Special Education Assessment, Minneapolis, MN.
- Reschly, D. (1986, May). Keynote Address. Arizona Association of School Psychologists Spring Convention, Phoenix, AZ.

- Reschly, D. (1986, June). Address. New Jersey Conference on Special Education, Newark, NJ.
- Reschly, D. (1986, July). *Continuing education videotapes for school psychologists.* Arkansas State Department of Education.
- Reschly, D. (1986, September). Two-day RE-AIM workshop. Atlantic, IA.
- Reschly, D. (1986, September). Two-day RE-AIM workshop. Des Moines, IA.
- Reschly, D. (1986, October). Keynote address and workshop. Arkansas School Psychology Association, Little Rock, AK.
- Reschly, D. (1986, October). *MD data analysis.* Iowa Association of School Psychologists, Altoona, IA.
- Reschly, D. (1986, November). *Mental retardation classification criteria.* Workshop. Minnesota State Department of Education, Minneapolis, MN.
- Reschly, D. (1986, November). *Assessment of adaptive behavior.* Workshop. Minnesota State Department of Education, Brainard, MN.
- Reschly, D. (1987, January). Workshop & Keynote Address. Northern Ohio School Psychology and Special Education meetings, Richfield, OH.
- Reschly, D. (1987, January). *RE-AIM Continuing Education Presentation.* Cedar Rapids, IA.
- Reschly, D. (1987, January). *RE-AIM Continuing Education Presentation.* Elkader, IA.
- Reschly, D. (1987, February). Workshop. Northwest Ohio School Psychologists, Wapakoneta, OH.
- Reschly, D. (1987, February). Workshop. West Central Ohio SERCC, Bluffton College, Bluffton, OH.
- Reschly, D. (1987, March). *Large scale training and evaluation of the impact of behavioral consultation.* Colloquium. Louisiana State University, Baton Rouge, LA.
- Reschly, D. (1987, April). Invited Address. Seminar for Federal Judges sponsored by the Danforth Foundation, Park City, UT.
- Reschly, D. (1987, May). General Session Address. Eighth National Institute on Law and Education of the Handicapped, Scottsdale, AZ.
- Reschly, D. (1987, June). *Behavioral consultation.* Workshop. New Jersey School Psychologists, Freehold, NJ.
- Reschly, D. (1987, September). Keynote address. Minnesota State School Psychologists Meeting, Minneapolis, MN.
- Reschly, D. (1987, October). A*daptive behavior.* Keynote address and workshop. Nebraska State School Psychologists Fall Convention, Lincoln, NE.
- Reschly, D. (1987, November). *Behavioral consultation.* Workshop. Egg Harbor, NJ.
- Reschly, D. (1987, December). Keynote address and workshop. New Jersey Association of School Psychologists, Clark, NJ.
- Reschly, D. (1988, January). Assessment issues and legal developments. General Session Address. CEC-MR International Conference, Mental retardation: Emerging challenges for the future, Honolulu, HI.
- Reschly, D. (1988, March). *Assessment and legal issues.* Presentation. Iowa Conference on Futures in Mental Disabilities.

- Reschly, D. (1988, May). *Why the sky fell on IQ testing, but only in California.* Colloquium. University of California-Riverside, Riverside, CA.
- Reschly, D. (1988, May). *Preparation for the 1990s revolution in the practice of school psychology.* Colloquium. San Diego State University, San Diego, CA.
- Reschly, D. (1988, May). *Tangible evidence vs expert opinion: The psychologist's contribution to legal proceedings.* Presentation. Iowa Psychological Association.
- Reschly, D. (1988, June). *Expanding special Olympics opportunities to junior and senior high school students with mild mental retardation.* Joseph P. Kennedy, Jr., Foundation Symposium, Arlington, VA.
- Reschly, D. (1988, October). Keynote address and workshops. Virginia Association of School Psychologists-Virginia Psychological Association Fall Convention, Norfolk, VA.
- Reschly, D. (1988, October). Keynote address. Indiana Association of School Psychologists, Indianapolis, IN.
- Reschly, D. (1988, November). *Adaptive behavior. W*orkshops and Keynote address. Fall Conference of Florida Association of School Social Workers, Orlando, FL.
- Reschly, D. (1988, November). Workshop. School Psychologists, Bakersfield Public Schools Administration Center, Bakersfield, CA.
- Reschly, D. (1988, December). Presentation. Arkansas Department of Education Staff, Little Rock, AK.
- Reschly, D. (1989, January). *Terminology and classification in mental retardation.* Invited presentation. Committee on Terminology and Classification – Mental Retardation, National Headquarters of the American Association on Mental Retardation, Alexandria, VA.
- Reschly, D. (1989, January). Seminar for administrative law judges. University of Iowa, Iowa City, IA.
- Reschly, D. (1989, February). Keynote address. Utah Association of School Psychologists, Salt Lake City, UT.
- Reschly, D., & Stumme, J. (1989, March). *The school psychologist in the courtroom.* Pre-Convention Workshop (full day). National Association of School Psychologists, Boston, MA.
- Reschly, D. (1989, April). *Minority overrepresentation in programs for the mildly handicapped.* Keynote address. Arkansas Department of Education Conference, Little Rock, AK.
- Reschly, D. (1989, June). *Behavior consultation and school psychology in the 1990s.* Two-day workshop. California Department of Education, San Jose, CA.
- Reschly, D. (1989, July). Presentation. School Psychologists, California Department of Education, Lake Tahoe, CA.
- Reschly, D. (1989, August). Presentation. School Psychologists, California Department of Education, San Diego, CA.
- Reschly, D. (1989, August). Presentation. School Psychologists, Tampa, FL.
- Reschly, D. (1989, August). Presentation. School Psychologists, Clearwater, FL.
- Reschly, D. (1989, September). *Assessment and intervention in adaptive behavior and social skills.* Presentation. Psychologists. Little Rock, AK.
- Reschly, D. (1989, October). Colloquium. Ohio State School Psychology Program, Columbus, OH.

- Reschly, D. (1989, November). Keynote address and workshop. British Columbia Association of School Psychologists, Vancouver, BC.
- Reschly, D. (1989, November). Presentation to faculty representing 11 Ohio university school psychology programs regarding NASP approval procedures, Columbus, OH.
- Reschly, D. (1990, January). *Adaptive Behavior: Definition, assessment, and developing interventions*. Presentation. Iowa Department of Education, Des Moines, IA.
- Reschly, D. (1990, March). Keynote address. Connecticut Symposium on Special Education, Hartford, CT.
- Reschly, D. (1990, March). *Special education law and practice*. Workshop. ED Law Institute, Costa Mesa, CA.
- Reschly, D. (1990, April). Keynote address. Adaptive Behavior Conference, St. Paul, MN.
- Reschly, D. (1990, May). *Found our intelligence: What do they mean?* Invited Presentation. Invitational Conference Center for Applied Psychological Research, Memphis State University, Memphis, TN
- Reschly, D. (1990, June). *Presentation on social competencies*. Pinellas School Officials, Tampa, FL.
- Reschly, D. (1990, September). Colloquium. Riverside County School Psychologists Association, University of California-Riverside, Riverside, CA.
- Reschly, D. (1990, September). Keynote address. San Bernardino County School Psychologists Association, San Bernardino, CA.
- Reschly, D. (1990, September). *School psychology national standards*. Testimony. Oregon Teacher Licensing Commission , Salem, OR.
- Reschly, D. (1990, October). Keynote address. Oklahoma School Psychological Association Fall Meeting, Oklahoma City, OK.
- Reschly, D. (1990, October). *NASP program approval procedures and trends in graduate education.* Presentation. Faculty representing universities in northern California, San Jose, CA.
- Reschly, D. (1990, November). *Evaluation of the Iowa Renewed Services Delivery System*. Invited address. Iowa Educational Research and Evaluation Association, Des Moines, IA.
- Reschly, D. J. (1991, February). *Behavioral models and the 1990s school psychology revolution*. Colloquium. Syracuse University, Syracuse, NY.
- Reschly, D. J. (1991, February). Keynote address. 20th Annual School Psychology Institute, University of Wisconsin-Eau Claire, Eau Claire, WI.
- Reschly, D. J. (1991, February). *School psychology program approval and accreditation: Current standards and trends*. Colloquium. Southern California Consortium of School Psychology Faculty, Los Angeles, CA.
- Reschly, D. J. (1991, April). *The research base for delivery system reform and 1990s changes in school psychological services.* Keynote Address. New Jersey School Psychology Association, Newark, NJ.
- Reschly, D. J. (1991, May). Psychological and educational research and the legal basis for ADHD in the Education of Children with Disabilities Act. Invited Address, Institute on Law and Education of the Handicapped, Phoenix.

- Reschly, D. J. (1991, August). *Interventions for social skills and adaptive behavior deficits*. Continuing Education Workshop. Loess Hills Area Education Agency, Council Bluffs, IA.
- Reschly, D. J. (1991, August). *Evidence for changes in the delivery system and the roles of support services providers*. Continuing Education Workshop. Pine County Special Services Cooperative, Pine City, MN.
- Reschly, D. J. (1991, September). *The two disciplines of scientific psychology and the struggle for the future of school psychology*. Colloquium. University of Kentucky, Lexington, KY.
- Reschly, D. J. (1991, October). *The 1990s and school psychology*. Keynote address. Alabama Association of School Psychologists Annual Convention, Gulf Shores, AL.
- Reschly, D. J. (1991, October). *Preparation of expert witness testimony for <u>when</u> (not if) school psychologists appear in legal proceedings*. Workshop. Alabama Association of School Psychologists Annual Convention, Gulf Shores, AL.
- Reschly, D. J. (1991, November). *Trends in research and legal analyses of bias in assessment and classification*. Keynote address. Tennessee Association of School Psychologists Annual Convention, Chattanooga, TN.
- Reschly, D. J. (1992, January). Keynote address. Illinois Directors of Special Education, Bloomington, IL.
- Reschly, D. J. (1992, January). Colloquium. Psychology Department, Illinois State University, Normal, IL.
- Reschly, D. J. (1992, February). Keynote address. Alaska School Psychology Association, Anchorage, AK.
- Reschly, D. J. (1992, March). *NASP training program standards and preparation of program approval applications*. Workshop. National Association of School Psychologists, Nashville, TN.
- Reschly, D. J. (1992, October). Colloquium. Indiana State University, Terre Haute, IN.
- Reschly, D. J. (1993, March). *The future of assessment.* Debate. National Association of School Psychologists, Washington, DC.
- Reschly, D. J. (1993, March). *Functional assessment for classification and intervention*. Preconvention Workshop. National Association of School Psychologists, Washington, DC.
- Reschly, D. J. (1993, April). *Assessment as it relates to diagnosis and 1990s trends*. Oklahoma School Psychological Association Continuing Education, Oklahoma City, OK.
- Reschly, D. J. (1993, May). *Social skills intervention with survivors of traumatic brain injury*. Keynote address. Phoenix, AZ.
- Reschly, D. J. (1993, June). Colloquium. University of Oregon, Eugene OR.
- Reschly, D. J. (1993, June). Workshop. California Summer Institute, Fresno, CA.
- Reschly, D. J. (1993, August). *Behavioral consultation for school psychologists*. Continuing education presentation. Consortium of northern California counties, Red Bluff, CA.
- Reschly, D. J. (1993, October). Continuing education presentations. Orlando, FL..
- Reschly, D. J. (1993, October). Keynote address. Michigan Association of School Psychologists. Traverse City, MI.

- Reschly, D. J. (1993, November). Keynote address and workshop. Florida Association of School Psychologists, Miami, FL.
- Reschly, D. J. (1993, November). Continuing education presentation. Illinois school psychologists. Galesburg, IL.
- Reschly, D. J. (1994, February). *Behavioral problem solving.* Workshop. Psychologists in the High Plains Educational Cooperative, Garden City, KS.
- Reschly, D. J. (1994, March). *Minority assessment issues and the identification of children and youth with ADHD.* Colloquium. San Diego State University, San Diego, CA.
- Reschly, D. J. (1994, April). *Minority overrepresentation in mild disabilities: Expanded educational opportunities or denial of equal rights?* Colloquium. University of California-Irvine, Irvine, CA
- Reschly, D. J. (1994, April). *Re-learning social skills: Children and adolescents with traumatic brain injury.* Presentation. Columbus, OH.
- Reschly, D. J. (1994, September). *Behavioral problem solving.* Workshop. Central Illinois School Psychologists, Galesburg, IL.
- Reschly, D. J. (1994, September). Workshop. Michigan Psychologists, Detroit, MI.
- Reschly, D. J. (1994, October). Colloquium. Penn State School Psychology Program University Park, PA.
- Reschly, D. J. (1994, October). Continuing Education Presentation. Pennsylvania Association of School Psychologists, University Park, PA.
- Reschly, D. J. (1995, May). <u>System Reform and Roles of School Psychologists</u>. Mid-Eastern Pennsylvania School Psychology Association.
- Reschly, D. J. (1995, September). *Interventions for Children and Youth with ADHD and Conduct Disorders.* North Dakota Association of School Psychologists, September, 1995.
- Reschly, D. J. (1996, January). Pre-convention workshop and Keynote Address. Minnesota Association of School Psychologists, St. Cloud, MN.
- Reschly, D. J. (1996, February). Avoiding Due Process Hearings. School Administrators of Iowa, Des Moines.
- Reschly, D. J. (1996, March). *System Reform and the Problem of Minority Over-representation in Special Education Programs.* Keynote Address, California Association of School Psychologists.
- Reschly, D. J. (1996, April). Pre-Convention Workshop and Keynote Address. Tri-State (ID, OR, WA) School Psychology Conference, Portland, OR.
- Reschly, D. J. (1996, August) Behavioral Consultation. Sacramento Public Schools School Psychologists.
- Reschly, D. J. (1996, October). Legal Constraints on Disciplining Students with Behavior Disorders. Iowa Behavioral Initiative Fall Conference.
- Reschly, D. J. (1996, October). Conducting Section 504 Hearings. Iowa Association of School Boards Workshop.
- Reschly, D. J. (1997, June). Outcomes Criteria and Behavioral Intervention: The Keys to School Psychology in the 2000s. Continuing Education Conference for the State of Washington and the Washington Association of School Psychologists, Seattle.
- Reschly, D. J. (1997, September). Behavioral Consultation as the Base for System Reform. LaGrange Area Special Education Services Cooperative, Chicago.

- Reschly, D. J. (1997, October). Legal, Policy and Assessment Issues. Major address at the State of Iowa sponsored conference, Iowa's Culturally and Linguistically Diverse Children with Special Needs, Iowa City, IA.
- Reschly, D. J. (1998, March). Disproportionality: Questions, Statistics, Rationale, and Solutions? Keynote Address at the Twelfth Annual Conference on the Management of Federal/State Data Systems, WESTAT and OSEP, Bethesda, MD.
- Reschly, D. J. (1998, August). Analyses of Overrepresentation: Different Approaches and Different Outcomes. BEUNO National Conference, Sponsored by the University of Colorado, Vail, CO.
- Reschly, D. J. (1998, September). The Demise of the Old-time Religion and the System Reform Imperative. Iowa Department of Education inservice for special educators.
- Reschly, D. J. (1998, October). Securing the Future of School Psychology Through Data-Based Decision Making. Clark County School Psychologists, Las Vegas.
- Reschly, D. J. (1998, October). School Psychology and Leadership in System Reform and Workshop on Disproportionate Minority Representation in Special Education, South Carolina Association of School Psychologists, Columbia SC.
- Reschly, D. J. (1998, October). School Psychology in the 2000s. Keynote Address, Maryland Association of School Psychologists, Baltimore.
- Tilly, W. D. III, Reschly, D. J., & Knoster, T. (1998, November) Using functional assessment to improve the special education process. National Association of State Directors of Special Education Annual Conference, Baltimore.
- Reschly, D. J. (1998, November). School Psychology: Change or Stagnation, Keynote Address for the Mid-South (TN, AL, and MS) Biannual Conference on School Psychology, Tunica, MS.
- Reschly, D. J. (1999, January) Shifting from the old-time religion: Reform trends and system design alternatives. University of Oregon and Willamette Valley special educators. Eugene, OR.
- Reschly, D. J. (1999, January). System Reform in Special Education and School Psychology. South Carolina state-wide conference for directors of special education. Columbia, SC
- Reschly, D. J. (1999, February). The Charge for School Psychologists. Metro Nashville Public Schools Inservice for School Psychologists. Nashville, TN.
- Reschly, D. J. (1999, February) System Reform in Special and General Education. Inservice for general and special education personnel in the Dubuque (IA) Community Schools and the Keystone Area Education Agency
- Reschly, D. J. (1999, March) Design of system reform waivers for performance. Horry County (SC) Public Schools, Myrtle Beach.
- Reschly, D. J. (Multiple Occasions) Special Education Overrepresentation: Assessment Reforms and System Change. Alliance Project Seminars, Los Angeles March, 1999; Nashville, November 2000; Miami, January 2001, Honolulu, February 2001;
- Reschly, D. J. (April 2000). Keynote Address. System Reform and the Future of School Psychology. Tennessee Association of School Psychologists.
- Reschly, D. J. (June 2000). Classification Criteria in a Problem Solving System. Area Education Agency 5, Marshalltown, IA.

- Reschly, D. J. & Fagan, T. K. (November 2000). The Past and Future of School Psychology. Mid-South Regional School Psychology Conference, Mobile Alabama.
- Reschly, D. J. (March 2001). State-wide Testing and Students with Disabilities. Law and Education Conference, Washington DC
- Reschly, D. J. (June 2001). Avoiding Stereotypes: Overrepresentation Statistics, Risk or Composition? Council for Exceptional Children, IDEA Summit, Washington DC
- Reschly, D. J. (July 2001). Overrepresentation, It's Not What You Think It Is: Equal Treatment Studies. US Department of Education, Office of Special Education Programs, Project Directors Summer Meeting. Washington DCReschly, D. J. (August 2001). Keynote address, System Reform and the Design of Services for Students with Learning Disabilities. Minnesota Special Education Director's Conference, Grand Rapids MN
- Reschly, D. J. (August 2001). Reaction paper, *Minority Overrepresentation: The Silent Contributor to LD Prevalence and Diagnostic Confusion*. US Department of Education, Office of Special Education Programs. Learning Disabilities Summit.
- Reschly, D. J. (September 2001) Keynote Address, System Reform, Learning Disabilities, and the Future of School Psychology. Kentucky Association of School Psychologists, Louisville KY.
- Reschly, D. J. (October, November, December 2001). Disproportionate Representation: Facts, Myths, and Solutions. US Department of Education, Improving America's Schools Regional Conferences. Mobile, Reno, San Antonio.Reschly, D. J. (October 2001). Keynote Address, Overrepresentation Patterns and LD Classification Issues: Converging Trends to System Reform. Tennessee Association of School Psychologists, Nashville Reschly, D. J. (December 2001). Continuing Education Workshop, Metro Nashville Public Schools, "Converging Themes: Overrepresentation, MR and LD Classification Issues, and System Reform"
- Reschly, D. J. (February, 2002). National Academy of Sciences Study on Disproportionality of Minority Students in Special Education. U.S. Department of Education, Office of Special Education Programs, Joint Personnel Development/State Improvement Conference, Crystal City, VA.
- Reschly, D. J. (February, 2002). Invited Testimony, Minority Students in Gifted and Special Education. President's Commission of Excellence in Special Education, Houston.
- Reschly, D. J. (March, 2002). Minority Students in Gifted and Special Education. Mid-South Regional Resource Center, Nashville, TN.
- Reschly, D. J. (March, 2002). Minority Students in Gifted and Special Education. WESTAT Conference for State IDEA Data Managers. Washington, DC.
- Reschly, D. J. (April, 2002). Summary of Testimony: Research Recommendations. President's Commission of Excellence in Special Education, Nashville.
- Reschly, D. J., (April, 2002). System Reform Principles: The New Special Education Establishment. Innovations Conference, Kansas City.
- Reschly, D. J., (October, 2002). Reforms in Special Education Eligibility Criteria. Missouri Council of Special Education Administrators, Columbia, MO.
- Reschly, D. J. (July 2002). Legal Issues in School Mental Health Services. Memphis City Schools.

- Reschly, D. J. (October 2002). Mild Mental Retardation Identification. National Organization of Social Security Claimants' Representatives. San Francisco.
- Reschly, D. J. (October 2002). Keynote, RTI and Special Education Reform. 4th Annual Golden Empire Special Education Partnership Conference, Bakersfield, CA .
- Reschly, D. J. (November 2002). Response to Intervention. Northwest Ohio SERRC, Kitland, OH.
- Reschly, D. J. (February 2003). Keynote: SLD Identification and RTI. (psychologists, special educators, and principals) Charleston, SC.
- Reschly, D. J. (June 2003). Disproportionality Statistics and Interverntions. IDEA Partnerships 2nd National Summit on Implementation of IDEA 1997. Arlington, VA.
- Reschly, D. J. (October 2003). Keynote. RTI and Special Education Reform. Kern County School Psychology Conference, Bakersfield, CA.
- Reschly, D. J. (October 2003). Keynote. RTI and Special Education Reform. Washington Association of School Psychologists, Spokane, WA.
- Reschly, D. J. (October 2003). Keynote. RTI and Special Education Reform. Pennsylvania Association of School Psychologists.
- Reschly, D. J. (November 2003). Keynote Address. Keynote. RTI and Special Education Reform Florida Association of School Psychologists. Tampa
- Reschly, D. J. (September 2003). Keynote: The Dog Catches the Truck: What Next? National Innovations Conference. Charleston, SC.
- Reschly, D. J. (January 2004). Keynote. RTI and Special Education Reform. Bremerton Public Schools, Bremerton, WA.
- Reschly, D. J. (March 2004). Keynote. RTI and Special Education Reform. West Central Ohio SERRC, Wapakoneta, OH.
- Reschly, D. J. (March 2004). Keynote: RTI and Special Education Reform. Clark County School District, Las Vegas, NV.
- Reschly, D. J. (April 2004). Colloquium: Disproportionality Causes and Solutions. University of Texas, Austin, TX.
- Reschly, D. J. (October 2004). Keynote: Special Education Overrepresentation: Causes and Solutions. Mississippi Department of Education. Tunica, MS
- Reschly, D. J. (October 2004). Keynote: School Psychology and the Future. Mid-South Regional Conference on Psychology in the Schools. Memphis, TN.
- Reschly, D. J. (November 2004). Problem Solving and Key Intervention Principles. Clark County School District Related Services Personnel. Las Vegas NV
- Reschly, D. J. (February 2005). Keynote: Problem Solving and SLD Identification. School Psychology Institute, Normal IL.
- Reschly, D. J. (February 2005). Keynote: RTI at Three Tiers of Intervention. Pennsylvania Training and Technical Assistance Network. Hershey, PA>
- Reschly, D. J. (February 2005). Response to Intervention. West Chester, PA Schools.
- Reschly, D. J. (July 2005). Keynote: Preparation of School Personnel for RTI. Florida Department of Education Summer Institute for the Florida Association of Student Services Administrators. Stuart, FL.
- Reschly, D. J. (July 2005). Keynote: Alternatives for SLD Identification. National Association of School Psychologists Summer Institute, Las Vegas, NV.

- Reschly, D. J. (August 2005). Keynote: IDEA Re-authorization and RTI Principles. Wyoming School Psychologists Summer Institute. Jackson Hole, WY.
- Reschly, D. J. (August 2005). Keynote: RTI and Prevention of Prevention of Special Education Disproportionality. Louisiana Fall Pupil Appraisal Institute. Baton Rouge, LA
- Reschly, D. J. (August 2005). Fall In-service: RTI and Improving Classroom Results. Westside School District, Omaha NE.
- Reschly, D. J. (September 2005). Keynote: RTI and General Education Reforms. Oregon Confederation of School Administrators. Eugene, OR.
- Reschly, D. J. (September 2005). Keynote: Improving IEPs and Special Education Outcomes. Illinois Alliance of Administrators of Special Education. Chicago.
- Reschly, D. J. (September 2005). Keynote: RTI in General, Remedial, and Special Education. National Innovations Conference, Lansing, MI.
- Vanderbilt University, Kennedy Center for Research on Human Development, Developmental Disabilities Grand Rounds, *Persistence of Minority Overrepresentation in Mild Mental Retardation Despite Court, Legislative, and Social Science Prohibitions.*" Nashville, TN, November 2, 2005.
- Reschly, D. J. (October 2005). RTI and Identification of SLD. South Carolina Special Education Administrators Conference, Columbia, SC.
- Reschly, D. J. (October 2005). State policy and RTI. Ohio Department of Education, Columbus, OH.
- Reschly, D. J. (October 2005). Keynote Address. RTI and the Future of School Psychology. North Carolina Association of School Psychologists Fall Conference. Charlotte NC.
- Reschly, D. J. (November 2005) Response to Intervention. Mississippi State Department of Education, Jackson, MS.
- Reschly, D. J. (January 2006). Keynote: Reducing Disproportionality through Early Identification-Treatment and Special Education Exit Criteria. Texas Council of Administrators of Special Education, Austin, TX.
- Reschly, D. J. (February 2006). Keynote: RTI and Special Education System Reform. Minnesota Council for Exceptional Children Winter Conference. Rochester MN.
- Reschly, D. J. (February 2006). Aligning Assessment with Improving Special Education Outcomes. Presentation to South Carolina Department of Education Staff, Columbia, SC.
- Reschly, D. J. (February 2006). Keynote: RTI and School Psychology Services. Mid-Winter Conference, Calhoun Intermediate School District, Marshall, MI.
- Reschly, D. J. (March 2006). Keynote: RTI and Learning Disabilities Identification. IDEA Partnership Regional Meeting. Miami, FL.
- Reschly, D. J. (May 2006). Keynote: Problem Solving. Illinois Problem Solving Conference, DeKalb, IL.
- Reschly, D. J. (May 2006). Keynote: Understanding RTI: What It Is and Why It Works. LRP National Institute on Legal Issues of Educating Individuals with Disabilities. Orlando, FL.

*Note: Presentations 2007-2011 to be updated*

- Reschly, D. J. (2009, October 3). *Overcoming Barriers to Effective Implementation of Response to Intervention.* Council for Learning Disabilities National Conference Keynote Address,. Dallas, , 2009
- Reschly, D. J. & Smartt, S. M. (2009, May 24). *Barriers to scientifically-based reading instruction.* Invited address, B. F. Skinner Lecture, Association for Applied Behavior Analysis International, Phoenix
- Reschly, D. J. (2010). *Teacher preparation and research-based principles of tiered instruction.* Invited keynote address, Wing Conference on Effective Educational Practices, Berkeley, CA.
- Reschly, D. J. (2011, February 7). *Mild intellectual disability: Characteristics and controversies.* Vanderbilt University Grand Rounds, Department of Hearing and Speech Services.
- Reschly, D. J. (2011, March 24). *Special education: Sky is falling or best is yet to be?* University of Iowa, Center for Disability Research and Education.
- Reschly, D. J. (2011, April 28). *Innovation configurations: Helping pre-service and in-service teachers implement effective classroom practices in urban schools.* Conference Great Teachers for Our City Schools National Summit, Denver, CO.
- Reschly, D. J. (2011, May 20). *Psychological testimony in death penalty appeals due to intellectual disability.* Annual Conference of the Tennessee Association of Criminal Defense Lawyers. Knoxville.
- Reschly, D. J. (2011, June 1).*Improving mathematics achievement through response to intervention.* District Teacher In-Service, Boone Co KY, Florence, KY.
- Reschly, D. J. (2011, June 13). *Developing great teachers for all schools.* Metro Nashville Public Schools.
- Reschly, D. J. (2011, July 20). *Improving the efficacy of teacher preparation programs: General and special education.* Invited paper on Office of Special Education Programs Panel, *Improving the efficacy of teacher preparation programs.* OSEP Project Directors Summer Meeting, Washington DC.
- Reschly, D. J., Holdheide, L. R., & Hougen, M. (2011, July 20). *Improving teacher preparation: Including knowledge and skills in evidence-based practices.* Invited Workshop at OSEP Project Directors Meeting, Washington DC.
- Reschly, D. J. (2011, October). *Issues in the implementation of RTI multiple tiers.* Keynote address, North Carolina School Psychologists Association, Winston-Salem, NC.
- Reschly, D. J. (2011, November 14). *US death penalty and the continuing dilemma of mild intellectual disability.* Colloquium, Department of Psychology, University of Otago, Dunedin, NZ.
- Reschly, D. J. (2011, November 22). *Closing gaps with response to intervention.* Keynote Address, Annual Educational Psychology Forum, Auckland, NZ.

## University/Department Service (Since 1975)

- Chair, Iowa State University School Psychology Program Committee, 1975-1998
- Chair, ISU Psychology Department Teaching Evaluation committee, 1977-1980

- Member (elected), ISU Psychology Promotion and Tenure Committee, 1978-1981; 1984-1989, 1991-1997.
- Member, ISU College of Sciences and Humanities Promotion and Tenure Committee, 1982-1983
- Member, ISU Department Affairs Committee, 1977-1983
- Member, ISU Department of Psychology Graduate Program Committee, 1985-1997
- Member, ISU College of Liberal Arts and Sciences  Representative Assembly (elected to represent  department), 1987-1995; Executive Committee, 1992-1994; Chair, Executive Committee, 1994-1995
- Chair, ISU Faculty Search Committees, 1979; 1982; 1985; 1986; 1988; 1990, 1992, 1995
- Chair, ISU Department Head Search Committee, 1987-1988 (appointed by Dean, College of Sciences and Humanities)
- Member, ISU Psychology Department Grievance Committee, 1983-1988
- Member (elected), ISU Department of Psychology Executive Committee, 1988-1992; 1995-1997
- ISU Department of Psychology Faculty Enhancement (Chair, 1996-1997)
- ISU School/Counseling Diversity Search Member 1994-1996
- Member, ISU University Committee on Handicapped, 1979-1989
- Member, ISU Department of Psychology Faculty Development Committee, 1992-1996
- College of Liberal Arts and Sciences Committee on Faculty and Alumni Recognition (1992-98) (Chair, 1993-1998)
- ISU Provost's Ad Hoc Committee on Selection of University Distinguished Professors (Chair, 1994)
- ISU Ad Hoc Grievance Committee, Professional Studies in Education (Chair, 1994)
- ISU Ad Hoc Committee on Behavior Management, Department of Curriculum and Instruction (1995)
- ISU College of Liberal Arts and Sciences  Associate Dean Search Committee (1994)
- ISU College of Liberal Arts and Sciences Five-Year Strategic Plan Writing Committee (1994-95)
- ISU Graduate College Premium for Academic Excellence Committee, 1997-1998
- ISU Co-Chair, College of Education and College of Family and Consumer Sciences Task Force on Collaborative Programs and Services, 1996-1998.
- Vanderbilt University Committee on Peabody College Undergraduate Programs, Member, 1998-2000
- Vanderbilt University Committee on Promotion and Tenure Grievances, Member, 1999-2002
- Vanderbilt University Ad Hoc Committee on the Human Development Counseling Program, Chair, 1998-1999
- Vanderbilt University Department of Leadership and Organizations Chair Search, Member, 1999-2001
- Vanderbilt University Search Committee for Kennedy Center Director, Co-Chair, 2000-2001

- Vanderbilt University Search Committee for Dunn Family Chair in Psychoeducational Assessment, Chair, 1999-2006
- Vanderbilt University Council on Teacher Education, 2000-2007
- Vanderbilt University, Chair Search Committee, Counselor Education 2001-2002
- Vanderbilt University, Member Mental Retardation Search Committee 2001-2002
- Vanderbilt University Chair Department of Special Education, 1998-2006
- Vanderbilt University Dean's Cabinet, 1998-2006
- Vanderbilt University Faculty Senate, 2007-2010
- Faculty Senate Committee on Professional Ethics and Academic Freedom, (Chair, 2008-2009)
- Vanderbilt University, Peabody College Promotion and Tenure Committee, 2008-09.
- Vanderbilt University, university-wide Promotion and Tenure Committee, 2009-2013 (Chair 2010-11 and 2011-12)

## Professional Service and Leadership (Sample Activities)

- Editor, 1979-1981, School Psychology Review
- Editorial Board Memberships:
    - School Psychology Review, 1974-2000
    - Journal of School Psychology, 1982-1996
    - School Psychology Quarterly, 1984-1990 (Associate Editor, 1991-1994)
    - Journal of Psychoeducational Assessment, 1983-1988
    - Exceptional Child Quarterly, 1983-1988
    - Canadian Journal of School Psychology, 1990-
    - Contributing Editor, EDLAW Briefing Papers, 1990-1995
    - Journal of Learning Disabilities 1998-

- Ad Hoc Reviewer

    Journal of Consulting and Clinical Psychology
    American Psychologist
    Exceptional Child
    American Educational Research Journal
    Review of Educational Research
    American Journal of Mental Retardation
    Journal of Educational Psychology
    School Psychology International
    Psychological Bulletin

- President, National Association of School Psychologists (NASP), 1984-1985
- Chair, NASP Program Approval, 1989-1992
- Member, American Psychological Association Committee on Psychological Tests and Assessment, 1991-1994.
- Site Visitor, American Psychological Association Doctoral Program Accreditation

- Chair, NASP Publications Committee, 1982-1984, 1986-1988
- Member, NASP Accreditation, Certification and Graduate Training Committee, 1976-1980
- President, 1974-1975, Arizona Association of School Psychologists
- Member, NASP Executive Board, 1976-1978, 1981-1986
- Member, American Psychological Association, Division 16 Task Force on School Psychology Reform, 1990-1992
- Member, American Psychological Association (APA) Task Force on Children, Youth, and Families, 1981-1983.
- Member, APA Division 16 Committee on Testing Issues, 1982-1984
- Member, APA Division 16 Convention Program Committee, 1981-1985
- Member, APA Division 16 Task Force on the Future of the Practice of Psychology in Education, 1983-1985
- Chair or Member of numerous committees for the Arizona Association of School Psychologists and the Iowa School Psychologists Association
- President, Iowa School Psychologists Association, 1994-1995
- Member, National Academy of Sciences Panel on Goals 2000 and the Education of Students with Disabilities (7 meetings in 1995-1996)
- Member, State of Iowa Task Force on Mental Disabilities Classification Criteria 1995-1996
- Member, State of Iowa Task Force on Disproportionate Representation of African-American Students in Programs for Students with Disabilities 1995-1997
- External Reviewer, Lehigh University Personnel Preparation Grant, Preparing School Psychologists to Provide Services to Children with Developmental Disabilities
- Member, Iowa Department of Education Task Force on Assessment of Outcomes for Students with Disabilities, 1995-1997.
- Member, Seven Person Writing Team, *Assessment and Eligibility in Special Education: An Examination of Policy and Practice with Proposals for Change*, National Association of School Psychologists under contract with the Office of Special Education Programs, U. S. Department of Education, 1994
- President, President-Elect, and Past-President, Society for the Study of School Psychology, 1995-1998; 2001-2004
- President (1998-1999) and Board Member (1996-1999) Council of Directors of School Psychology Programs
- Member, National Academy of Sciences Panel on Overrepresentation of Minorities in Special Education, member 1999-2001
- Chair, National Academy of Sciences Panel on Disability Determination in Mental Retardation, 2000-2002
- Member, Office of Special Education Programs SLD Summit. November, 2003, Washington DC.
- Member, Disproportionality Determination Task Force, Office of Special Education and WESTAT, 2003.
- Co-chair, Division 33 (Mental Retardation and Developmental Disabiities) Program. American Psychological Association Annual Convention (Toronto 2003)

- Member, Executive Board, Higher Education Consortium in Special Education, 2002-2005.
- President, Division for Research, Council for Exceptional Children, 2005-2006.
- Invited testimony, US Commission on Civil Rights, December 3, 2007.
- US Department of Education, Institute for Educational Sciences, Task Force on the Evaluation of the Office for Special Education Programs Personnel Preparation and Doctoral Leadership Grants, 2008-2010.
- Member, Institute for Educational Sciences Proposal Review Board (Special Education), 2009-2012
- Co-chair, Transformation Leadership Group: Special Needs Students. Metro Nashville Public Schools, 2009-2012.
- Advisory Member, State of Wisconsin Governor's Panel on Educational Reform, March 30, 2011.
- External Review Team and author of chapter on special education, Webster Co. Parish Public Schools, April-October, 2011.
- Advisor, statistical analyses, and reports on special education disproportionality, Clark County School District, 2003-2019

## Expert Witness and Case Consultation

3. *AZ v. Coleman,* 1972; (State Court Tucson, AZ; No. 20854). (Expert Witness Testimony). (State)
4. *Marshall v. Georgia* 1983; (Federal District Court); Savannah, GA. (Report and expert witness testimony).  (Federal)
5. *Bradley, v. Robb*, 1985; (Federal District Court); Richmond, VA. (Expert witness testimony). (Federal)
6. *S-1 v. Turlington*, 1986; (Federal District Court); Miami, FL. (Report and expert witness testimony). (Federal)
7. *Little Rock v. Pulaski Co*., 1986. (Federal District Court); Little Rock, AR. (Expert witness testimony). (Federal)
8. *Egg Harbor Township Board of Education v. S. O*., 1992 (Federal District Court) (Expert witness testimony). (Federal)
9. *Coalition to Save Our Children v. Board of Education*, 901 F. Supp. 784 (D. Del. 1995), aff'd 90 F.3d 752 (3d Cir. 1996). (Report and expert witness testimony). (Federal)
10. *Campaign for Fiscal Equity, Inc. v. State,* 719 N.Y.S. 2d 475, 485-487 (Sup. Ct. N.Y. Ctny.2001) (Report and expert witness testimony). (State)
11. *Harper et al. v. Patterson et al*., 2003 (GA State Court, Civil Action No. 2:99-CV-0200 WCO); Elijay, GA. (Expert witness testimony) (State)
12. *\*Darick Demorris Walker v. William Page True,* United States District Court for the Eastern District of Virginia, Alexandria Division, Case No. 1:03-cv-00764 (CMH). (Report and expert witness testimony in 2005; Executed May 20, 2010). (Federal)
13. *School Districts' Alliance for Adequate Funding of Special Education v. The State of Washington.* State of Washington, Thurston County Superior Court, NO. 04-2-02000-7 (Report and expert witness testimony in November 2006) (State)

14. *Kevin Green v. Gene M. Johnson,* US District Court, Eastern District of Virginia, NO. 2:05cv340. (Report and expert witness testimony in October, 2006, Executed May 27, 2008 ). (Federal)
15. *Consortium for Adequate School Funding in Georgia, Inc., et al. v. State of Georgia et al.* (Report, Deposition, case dropped). (State)
16. *Penry v. Texas,* Death Penalty Appeal (Consultant, 2006-2008. Case Settled LWOP). (State)
17. *John Lionel Neal Jr. v. State of Alabama, 28th Judicial Circuit Court, Baldwin Co., No. CC 87-520.60.* (Consultant to Petitioner, 2006-2008, Case Settled LWOP). (State)
18. *Winston v. Kelly,* US District Court, Western District of Virginia, Roanoke, Case No. 7:ev00364. (Report and expert witness testimony in November 2008, Case Settled LWOP). (Federal)
19. *Bridgers v. Texas,* (Evaluation, Report, May 2009, Death Sentence pending). (State)
20. *Rollins v. Tennessee,* Circuit Court of Sullivan County, TN, Second Judicial District at Blountville. (Evaluation, Report and Expert Witness Testimony October, 2009; Case Settled Life Sentence). (State)
21. *Chase v. Mississippi, Circuit Court, Copiah County, MS. (*Expert Witness Report and Testimony August 2010, Atkins Claim Denied, Execution Pending) (State)
22. *Keen v. State of Tennessee,* Criminal Court of Shelby County Tennessee at Memphis Division 8. No. P-25157. (Report, August 2010, Trial pending). (State)
23. *S.R v. El Campo Independent School District et al.* Civil Action in District Court, Southern District of Texas. (Expert Report March 2011, Case settled)
24. *State of Tennessee v. Willie Clyde Puckett,* Sullivan County Criminal Court, No. S54,153. (Report May 2011, Case Settled LWOP). (State)
25. *Blunt, et al. v. Lower Merion Sch. Dist.,* 826 F.Supp. 749 760-61 (E. D. Pa., 2011). (Report & Deposition, June-July, 2011, Case Dismissed). (Federal)
26. *State of Tennessee v. Jawaune Massey,* Sullivan County Criminal Court No. S52,127. (Report, Expert Testimony 2012, Case Settled LWOP). (State)
27. *Chalmers v. Tennessee* (Evaluation, Report 2012-2014, Pending). (State)
28. *John Henretta v. Tennessee* (Evaluation, Report 2012, Case Settled LWOP). (State)
29. *David Jackson v. US* (Consultant 2013, Evaluation, Case Settled LWOP). (Federal)
30. *Pervis Payne v State of Tennessee* (Evaluation, Report 2012, Case Pending). (State)
31. *State of Texas v. Stanley R. Robertson* (Report 2011, Report, Expert Witness Testimony 2013, Case Settled LWOP). (State)
32. *State of Tennessee v. Lasergio Wilson* (Evaluation, Report 2013, Death Sentence 2017). (State)
33. *US v. Chastain Montgomery* (Report 2013, Report, Testimony, *Atkins* denied, LWOP). (Federal)
34. *State of Tennessee v. Calvin Rogers,* (Report 2013, Testimony, Case Settled LWOP). (State)
35. *State (GA) v. Favors,* 2014 (Evaluated Gregory Favors, Case Settled LWOP). (State)
36. *US v. Naeem Willians,* 2014 (Consultation, Brief Evaluation). (Federal)
37. *People (CA) v. Townsell,* 2014 (Consultation, Reviewed Records, Report, LWOP). (State)
38. *US v. Guerrero* 2013-2014. N0 1:08-cr-00259-pmp (Evaluation, Report, Case Settled LWOP). (Federal)

39. *Eaton v. Wilson (WY),* No 09-cv-00261-J, 2014 (Evaluation, Report, Case settled LWOP). (State)
40. *KY v. Allman,* 2014 (Evaluation, Case settled LWOP). (State)
41. *Odom v. TN,* 2014 No 91-07049 (Evaluation). (State)
42. *Rice v. TN,* 2014, No. 01-0035 (Evaluation). (State)
43. *Caruthers v. TN,* 2014 (Evaluation, Report, Client deceased natural causes). (State)
44. *Corey Johnson v. VA,* 2014, (Evaluation, Report, Case Pending). (State)
45. *AZ v. Boyston,* 2014, No CR 2004-007442-001, (Evaluation, Report, Case Pending). (State)
46. *US v. Ronell Wilson,* 2014, No 04-CR-1016 (NGG). (Record Review, Consultation, Report, Case Settled LWOP). (Federal)
47. *SC v. Brown,* 2014 (Evaluation, Report, Expert Testimony, Court Opinion Atkins claim approved, LWOP). (State)
48. *TX v. Allen* 2014-2015 (Evaluation, Report, Case Settled LWOP). (State)
49. *Tuilaepa v. US,* 2014-2015, (Evaluation). (Federal)
50. *TX v. Adams,* 2014-2015, No 1372221. (Evaluation, Report, Case Settled LWOP). (State)
51. *AR v. Friar,* 2015, No CR-2013-75 (Consultation, Record Review, Case Settled LWOP). (State)
52. *KY v. Taylor,* 2015, (Evaluation, Case Settled LWOP). (State)
53. *US v. Bolton,* 2015, (Evaluation). (Federal)
54. *People (CA) v. Griffin*, 2010-2015, (Report 2010, Expert Testimony May 2015, Judicial decision for LWOP, Reversing Death Penalty Sentence). (State)
55. *Lard v. Arkansas, 2015* (Evaluation, Report, Expert Testimony, Decision Pending) (State)
56. *CJEFF v State of Connecticut,* (Report, Deposition, Testimony [April, 2016], Decision Pending). (State)
57. *State of Texas v. Charles E. Brownlow Jr.,* 422 Judicial District of Kaufman County, Kaufman TX. (Evaluation, Report, testimony, *Atkins* appeal denied. (May 16-17, 2016). (State)
58. *Debra Brown v. Shirley A. Jones, Case,* No.: 1:99-CV-00549. (2016, Evaluation, Report, LWOP). (Federal)
59. *US v James Nathaniel Watts, Criminal No. 14-40063-JPG. (2016-2017).* (Evaluation, Report, Case settled LWOP). (Federal)
60. *USA v Ulysses Jones Jr., Case No. 10-03090-CR-S-DGK.* US District Court for the Western District of Missouri, Southern Section. (Evaluation, Report, Expert Testimony, *Atkins* Claim Denied September, 2017; Jury Trial October 2017 awarded LWOP). (Federal)
61. *State of Oklahoma v Alton Alexander Nolen.* (Review of records and adaptive behavior evaluation, Report, Expert Testimony, *Atkins* Claim denied, April, 2017). (State)
62. *Smith v Dunn (State of Alabama).* Civil Action No.: 05-04744-CG-M. (Reviewed records and evaluations, Report, Expert Testimony May 2017, Decision Pending). (State) (Joseph Clifton Smith)

63. *Yazzie et al and Martinez et al v. New Mexico Public Education Department,* NO: D-101-CV-2014-0224. (Report, Expert Testimony August, 2017, decision pending). (State)

64. *\*Texas v. Antonio Cochran* (Evaluation, Report, Case settled LWOP, December 2017. (State)

65. *\*South Carolina v. Stephen Corey Bryant* (Evaluation, December 2017). (State)

66. *\*Robbins v. California* (Review of records, report, January 2018). (State)

67. *\*Eric Royce Leonard v. Ron Davis, Warden,* United States District Court, Eastern District of California, No. 2:17-CV-0796 JAM-AC (Evaluation, report, LWOP, 2018). (Federal)

68. *\*California v. Pearl Fernandez,* Case No. BA 425180 (Evaluation, report, LWOP, June 2018). (State)

69. *\*State of Texas v. Shaun Ruiz Puente* (Adaptive behavior evaluation only, testimony, LWOP awarded by a jury, February 2018). (State)

70. *\*US v. Chattam,* US District Court Eastern District of Michigan Southern Division, Case No: 17-20184. (Evaluation June 2018). (Federal)

71. *\*State of Nevada v. Paul Darrell Jones,* Case No. C-17-326614-1. (Evaluation, Report, Prosecution agreed to Intellectual Disability, October 2018.) (State)

72. *\*US v. Alonzo Horta,* US District Court for the Northern District of Illinois Eastern Division, Case No. 16 CR 463-23 (Evaluation December 2018). (Federal)

73. *Maestas v State of Utah,* Case No. 130907856, July 2018 (Adaptive behavior evaluation, report, client deceased in 2019).

74. *\*Webster v. Lockett,* Cause No: 2:12-cv-86-WTL-MJD, US District Court Southern District of Indiana Terre Haute Division, upheld at the 7th Circuit, USCOA-7th Circuit, No 19-2683, September 22, 2020 (Evaluation, Report, Testimony, *Atkins granted,* June 2019). (Federal)

75. *\*Texas v. Armando Luis Juarez*, 292nd Judicial Court of Dallas County, Texas N0 F18-70634-V (Evaluation, report 2019-2020)

76. *\*Florida v. Reginald Jackson,* Circuit Court of the 11th Judicial Circuit, Miami-Dade County, Florida, Case N0 F13-017684-A. (Report, Deposition, 2019-2020).

77. *\*US v. Juhwun Foster,* US District Court, Northern District of Illinois Eastern Division, N0. 17 CR 611-4 (Evaluation, LWOP awarded, 2019-2020).

78. *Gallegos v. Shinn, et al*., No. CV-01-01909-PHX-NVW, United States District Court for the District of Arizona. (Adaptive Behavior analysis from records).

79. *Fiorella*

80. *Davis.*

81. *Davis, R*

\* Cases involving mild intellectual disability and death penalty issues, (N=57)

Summary: Expert witness in 29 cases, 19 state courts and 10 federal courts. Have never been denied expert witness status.

## Consultant Activities (Sample Activities)

- Baltimore Public School Psychological Services, 1972-1974
- National Follow Through, 1971-1975
- Pima County Pluralistic Assessment Project, 1973-1975
- Iowa Department of Education Nonbiased Assessment Project, 1976-1979;
- Iowa Department of Education Adaptive Behavior Project, 1980-1982;
- State of Georgia, 1980 (Handbook for School Psychologists)
- Illinois-Indiana Race Desegregation Center, 1981-1982
- Florida Atlantic University SOMPA Standardization Project, 1982-1983
- University of California-Berkeley Nondiscrimination Assessment Project, 1982-1985
- Chicago Public Schools, 1984-1986
- Charles E. Merrill Test Division, 1983-1986
- Psychological Corporation, 1984, 1986, 1988
- Minnesota Department of Education, 1986-1987 (MR Classification Criteria)
- Florida Department of Education, 1986-1989 (MR Classification Criteria)
- ETS-NASP, 1989-1991 (regarding bias in the National School Psychology Licensing Examination)
- Administrative Law Judge, State of Iowa (Hearings Regarding Education of the Handicapped), 1989-1998
- Consultant, American Association on Mental Retardation Committee on Classification in Mental Retardation, 1989-1992.
- Consultant to Board on Testing and Assessment, National Academy of Sciences, Issues Related to the Appropriate Assessment of Minority Children and Youth with Disabilities, 1994.
- State of Florida, Development of Criteria for Identification of Learning Disabilities and Mild Mental Retardation, 1995-1997.
- Consultant to Department of Psychology, Minot State University, Development and Need of School Psychology Graduate Program Opportunities in North Dakota, May, 1994.
- Consultant, U. S. DE Office of Special Education Programs and U.S. DE Office for Civil Rights, Task Force on Over-representation of Minority Students in Special Education Programs, 1993-1995
- Member, U. S. Department of Education, Office of Special Education Programs, Task Force on Educational Outcomes for Students with Disabilities, March, 1994
- Member, Ford Foundation Task Force, Equity and Educational Assessment, May, 1996
- Grant Review Panel, U.S. Department of Education, Behavior Disorders Prevention and Intervention
- National Association of School Psychologists Panel, *Blueprint for School Psychology in the 21st Century (July, 1996 to March, 1997).*
- State of Iowa Committee on Implementation of the Federal Education of the Handicapped Act 1979- 1983
- National Advisory Panel for Buros-Nebraska Institute of Mental Measurements, 1981-1988
- Erlbaum Series Advances in School Psychology, 1983-1991
- United States Department of Education Task Force on At Risk Students, 1984-1986

- Guilford Press Child Practitioner Series, 1985-1991
- United States Department of Education Project: Research Integration on Handicapped Students, 1985-1988
- State of Georgia Advisory Committee on Student Assessment, 1986-1996
- State of Iowa Task Force on Special Education Reform, 1989-1991
- Member, United States Department of Education Task Force on ADHD Assessment and Interventions, 1991-1992
- Grant Review Panel, ADHD Grant Competition, United States Department of Education, Office of Special Education Programs, 1991
- Consultant, National Center for Educational Outcomes, University of Minnesota and U.S. Office of Special Education Programs, 1995-1998
- Consultant, State of Kansas Board of Regents, Wichita State University Proposal re: School Psychology Doctoral Program 1996
- Member, Leadership Council, State of New York, Department of Education, Division of Vocational Education and Special Education, 1997-2003
- Consultant, (Pro bono) European Roma Rights Center, Budapest, 1999- (Evaluations and consultation regarding Roma children placed in special education programs in Ostrava, Czech Republic.)
- Williamson County Schools, Franklin TN, School Psychology Department, 1998-2000
- Consultant, Florida Department of Education. Project on Identification of Educable Mental Retardation. 2000-2001.
- State of Tennessee Department of Education Task Force on IDEA rules revisions, 1999-2001
- Minneapolis Public Schools, Waiver Project Evaluation, December, 2001.
- Consultant, New York Department of Education Disproportionality Task Force, Presentation to State Board, December 2002
- State of Indiana Disproportionality Project. 2000-2003
- State of Missouri Department of Education, Division of Special Education, Criteria for Disability Determination, 2002-2004
- Grant review panels, Office of Special Education Programs, several grant competitions 2002-2013
- Clark County School District (Las Vegas), Disproportionality Analyses and reports, 2003-2015.
- Connecticut Department of Education, 2003-2005, Mental retardation criteria and manual.
- Member, National Advisory Committee, Voyager Learning Inc., Dallas, TX, 2008-
- Hancock County Schools (Georgia), Achievement gap and disproportionality. 2008
- Jefferson County School District (Louisville, Kentucky). Achievement gap and disproportionality. 2009-10

## **Awards/Honors**

- Distinguished Service Award, "Outstanding Services in the Editing and Design of the School Psychology Review," National Association of School Psychologists, 1980

- New Jersey Association of School Psychologists Award for "Outstanding Contributions to the Development of School Psychology," 1983
- Distinguished Service Award, "Dedicated Service and Leadership as President," National Association of School Psychologists, March, 1987
- Fellow, Division 16 (School Psychology), "In recognition of outstanding contributions to the science and profession of psychology," American Psychological Association (Elected in 1985)
- Charter Fellow, American Psychological Society, 1989
- James B. Stroud Award, "Outstanding contributions to the practice of school psychology," Iowa School Psychologists Association, October 1989
- Distinguished Service Award, "Design and administration of the NASP program approval service," National Association of School Psychologists, 1990
- Fellow, Division 15 (Educational Psychology), "In recognition of outstanding contributions to the science and profession of psychology," American Psychological Association (Elected in 1990)
- Distinguished Professor of Liberal Arts and Sciences, a career title representing, "...the highest academic honor bestowed by Iowa State University," May, 1991
- Dorthy H. Hughes Memorial Award for Distinguished Service in Educational and School Psychology by the Department of Applied Psychology, New York University, May, 1994
- Charter Member, Iowa Academy of Education (one of 15 persons appointed by the FINE Foundation as Charter Members)
- Outstanding Alumnus Award, College of Education, University of Oregon, 1996
- Cited in 1999 as in top five of school psychologists providing service to the profession as editor, associate editor, or editorial board member on school psychology journals
- National Association of School Psychologists Lifetime Achievement Award, "In Recognition of Outstanding Achievement and Distinguished Service to the Profession of School Psychology, March, 2000
- Vanderbilt University Opportunity Development Center Award for "Exemplary Effort in Support of the University's Commitment to Promoting Opportunities for Persons with Disabilities, October 2004
- National Association of School Psychologists "Legend in School Psychology Award" March 27, 2007