# EXHIBIT 2(a)

## CURRICULUM VITA

### John Gregory Olley

## Address

Carolina Institute for Developmental Disabilities
CB# 7255
University of North Carolina at Chapel Hill
Chapel Hill, North Carolina 27599-7255
(919) 966-4613      FAX (919) 966-2230
E-mail: greg.olley@cidd.unc.edu

## Education

College of William and Mary
Williamsburg, Va., A.B., 1966, Psychology

Wake Forest University
Winston-Salem, N.C., M.A., 1968, General-Experimental Psychology

George Peabody College for Teachers (now George Peabody College of Vanderbilt University) Nashville, Tenn., Ph.D., 1973, Mental Retardation Research - Clinical Psychology; "Related Area" - Special Education

## Current Position

Psychologist, Adjunct Professor, Carolina Institute for Developmental Disabilities and Clinical Professor, Division of Clinical Rehabilitation and Mental Health Counseling, Department of Allied Health Sciences, School of Medicine, University of North Carolina at Chapel Hill

## Previous Positions Held

Program Director, Behavioral Associates of Massachusetts, Inc., Attleboro, MA and Associate Clinical Director, The Groden Center, Inc., Providence, RI, June 1986 to July 1988.

Clinical Associate Professor, Department of Psychiatry, and Director of Training, Division TEACCH (Treatment and Education of Autistic and related Communication handicapped CHildren), and
Clinical Associate Professor, Division of Special Education, School of Education, University of North Carolina at Chapel Hill, March 1978 to June 1986.

Assistant Professor, Department of Psychology, University of Massachusetts, Amherst, MA, September 1972 - March 1978.

Director, Preschool Intervention Project, Psychological Services Center, University of Massachusetts, June 1973 - June 1975.

## Professional Preparation

Graduate Assistant in Psychology, Developmental Evaluation Clinic, Bowman Gray School of Medicine of Wake Forest University, Winston-Salem, NC, September 1966 - August 1968.

Fellow, Training Program for Research Behavioral Scientists in Mental Retardation, George Peabody College, Nashville, TN, September 1968 - August 1971.

Clinical Psychology - Mental Retardation Intern, Division of Medical Psychology, Neuropsychiatric Institute, Center for the Health Sciences, University of California, Los Angeles, CA, June 1970 - August 1970.

Clinical Child Psychology Intern, Children's Rehabilitation Unit, University of Kansas Medical Center, Kansas City, KS, September 1971 - August 1972.

## Editorial Work

Served as Guest Editor for: *American Journal on Mental Retardation, American Journal of Psychiatry, Behavior Therapy, Applied Research in Mental Retardation, Child Development, Journal of Applied Behavior Analysis, Journal of Autism and Developmental Disorders, Journal of Child and Family Studies, Journal of Clinical Child Psychology, Journal of Mental Health Research in Developmental Disabilities, Journal of the Association for Persons with Severe Handicaps, Journal of Intellectual Disabilities Research, Journal of Policy and Practice in Intellectual Disabilities, International Journal of Forensic Mental Health, Law & Social Inquiry, Merrill-Palmer Quarterly, Research in Autism Spectrum Disorders, Research in Developmental Disabilities*

Book Review Editor: *Journal of Autism and Developmental Disorders*, 1982 - 1986.

Consulting Editor: *Preventing School Failure* (formerly *The Pointer*), 1979 - 2016.

Consulting Editor: *Focus on Autism and Other Developmental Disabilities*, 1995 - 2016

## Grants and Contracts

Principal Investigator: Contract with the North Carolina Council on Developmental Disabilities: Development of the Council's 5-Year Plan (March 2005-November 2005)

Principal Investigator: Youths for Advocacy, a Project of National Significance funded by the U. S. Administration on Developmental Disabilities. (October 2007-September 2010)

Principal Investigator: Work Group on the Role of Psychologists in *Atkins* Hearings, funded by the American Psychological Association (January 2007-November 2008)

Principal Investigator: Next Generation: Acting for Advocacy, a Project of National Significance funded by the U. S. Administration on Developmental Disabilities. (October 2004-September 2007)

Principal Investigator (with Anne Wheeler): Linking Learning with Neurodevelopmental Functioning: Management Strategies for Children with Prader-Willi Syndrome. Grant from the Prader-Willi Research Foundation. (May 2006-April 2007)

Principal Investigator: 5-Year Plan Project, grant from the North Carolina Council on Developmental Disabilities. (October 2005-June 2006)

Principal Investigator: Transition to Community, contract with the NC Division of Mental Health, Developmental Disabilities, and Substance Abuse Services. (June 2005 – September 2007)

Principal Investigator: Shifting the Power, a Project of National Significance funded by the U.S. Administration on Developmental Disabilities.  (October 2000 – September 2003)

Principal Investigator: Steps Toward Independence and Responsibility funded by the North Carolina Council on Developmental Disabilities (September 2001 – August 2004)

Principal Investigator: contracts with Developmental Disabilities Section of NC Department of Health and Human Services for surveys associated with the Core Indicators Project (September 2000-June 2003), Summer Apprenticeship (April 1998-June 2000), Behavioral Supports Clearinghouse (August 1998 – June 2000), training in Problem Solving for Life (August 1998 –June 2000), Self-Determination and Self-Advocacy (April 1998 – present), and consultation to community programs (September 1995 – June 2000).

Principal Investigator:  "Learning for Life," U.S. Administration on Developmental Disabilities, October 1994-June 1997; July 1997-June 2001.

Contract with *Thomas S.* Section of NC Department of Human Resources, Screening of Adults for Eligibility in the *Thomas S.* Class, February 1995-March 1996.

Principal Investigator: "Survey of Summer Campers with Spina Bifida and Their Siblings," University Research Council, University of North Carolina at Chapel Hill, June 1991 - May 1992.

Principal Investigator, Grumman Grant for continuing education for teachers to use the TEACCH communication and social skills curricula, from Division of Extension and Continuing Education, University of North Carolina, July 1, 1984 - June 30, 1985.

Early Education Component Director, "Model Educational Program for Autistic Children and Youth," contract from Office of Special Education, October 1980 - January 1984.

One of the Participating Trainers, "National Personnel Training Program for Teachers of Children with Autism," grant from Office of Special Education to National Society for Children and Adults with Autism, August 1981 - May 1985.

Co-Director (with Eric Schopler): "Special Project: Comprehensive Inservice Training Program for Personnel Serving Autistic Children," Office of Special Education, June 1979 - May 1982.

Co-Principal Investigator (with R. J. Simeonsson and L. M. Marcus): "An Observational Approach to the Investigation of Educational Skills of Autistic Children," Research Grants in Education for Young Scholars in the Behavioral Sciences, School of Education, University of North Carolina at Chapel Hill, July 1978 - June 1979.

Co-Director (with Beth Sulzer-Azaroff): "Training Grant for Educational Change Strategists for the Severely Handicapped," Bureau of Education for the Handicapped, July 1974 - March 1978.

Principal Investigator: Faculty Research Grant, University of Massachusetts, "Investigation of Effects of Modeling on Diversity of Children's Drawings" (in collaboration with Richard Dubanoski, University of Hawaii), June 1976 - May 1977.

Principal Investigator: Broadened Faculty Research Grant, University of Massachusetts, "Relaxation as a Self-Control Procedure for Children," fall semester, 1975.

Principal Investigator: contract between University of Massachusetts and Massachusetts Department of Public Welfare for the Preschool Intervention Project, May 1973 - June 1975.

## Honors

Fellow, Division on Intellectual and Developmental Disabilities, American Psychological Association

Fellow, American Association on Intellectual and Developmental Disabilities

Recipient of the North Carolina Arc LIFEguardianship Distinguished Service Award, 1994

Recipient of the Excellence in Applied Behavior Analysis Award from the North Carolina Association for Behavior Analysis, 1991

Recipient of the Distinguished Teacher in Psychology Award from Council of Undergraduate Students in Psychology, University of Massachusetts, Amherst, 1974 and 1976.

## Research and Publications

Olley, J. G. (1968). *The effect of ready signal contingency and partial reinforcement on eyelid conditioning.*  Unpublished master's thesis, Wake Forest University, Winston-Salem, NC.

Stedman, D. J., & Olley, J. G. (1969). Bibliography of the world's clinical and research literature on Down's syndrome: Behavioral, social and educational studies through 1968 (*IMRID Papers and Reports*, Vol. 6, No. 2). Nashville, TN: George Peabody College, Institute on Mental Retardation and Intellectual Development.

Olley, J. G.  (1971). Sex differences in human behavior in the first year of life. (*Peabody Papers on Human Development*, Vol. 9, No. 1). Nashville, TN: George Peabody College.

Johnson, J. T., & Olley, J. G. (1971). Behavioral comparisons of mongoloid and nonmongoloid retarded persons: A review. *American Journal of Mental Deficiency, 75*, 546-559.

Olley, J. G. (1974).  Mother-infant interactions during feeding (Doctoral dissertation, George Peabody College for Teachers, 1973). *Dissertation Abstracts International, 34*, 347B. (University Microfilms No. 73-32646).

Olley, J. G., & Fremouw, W. J. (1974). The voting rights of the mentally retarded:  A survey of state laws.  *Mental Retardation*, 12(1), 14-16.  Reprinted in:  (1974). Behavior Today, 5, 112.  Reprinted in:  Office of Handicapped Individuals (1976). *Handicapping conditions:  A resource book.*  Atlanta:  Transaction Systems.

Olley, J. G.  (1977). Another influence on the direction of school psychology. *American Psychologist, 32*, 779. (Comment).

Olley, J. G., & Ramey, G. D. (1978). Voter participation of retarded citizens in the 1976 presidential election. *Mental Retardation*, *16*, 255-258.

Loveland, K. K., & Olley, J. G. (1979). The effect of external reward on interest and quality of task performance in children of high and low intrinsic motivation. *Child Development*, *50*, 1207-1210.

McHale, S. M., & Simeonsson, R. J., Marcus, L. M., & Olley, J. G. (1980). The social and symbolic quality of autistic children's communication. *Journal of Autism and Developmental Disorders*, *10*, 299-310.

Novak, M. A., Olley, J. G., & Kearney, D. S. (1980). Social skills of handicapped children in integrated and separate preschools. In T. M. Field (Ed.), *High-risk infants and children: Adult and peer interactions* (pp. 327-346). New York: Academic Press.

Olley, J. G. (1980). Organization of educational services for autistic children and youth. In B. Wilcox & A. Thompson (Eds.), *Critical issues in educating autistic children and youth* (pp. 13-23). Washington, DC: US Department of Education, Office of Special Education/Division of Innovation and Development. Reprinted in (1981). *Counterpoint*, *2*(1), 1, 31-33.

Olley, J. G. (1980). Report of a survey on licensure of psychologists in mental retardation. *Mental Retardation Newsletter*, *1*, 6.

Schopler, E., & Olley, J. G. (1980). Public school programing for autistic children. *Exceptional Children*, *46*, 461-463.

Marcus, L. M., McHale, S. M., Olley, J. G., & Simeonsson, R. J. (1981). A Piagetian approach to investigate educational skills of autistic children. In P. Mittler (Ed.*), Frontiers of knowledge in mental retardation. Proceedings of the Fifth Congress of IASSMD*, Vol. 1, *Social educational, and behavioral aspects* (pp. 91-99). Baltimore: University Park Press.

McHale, S. M., Olley, J. G., Marcus, L. M., & Simeonsson, R. J. (1981). Nonhandicapped peers as tutors for autistic children. *Exceptional Children*, *48*, 463-465.

Olley, J. G., DeVellis, R. F., DeVellis, B. M., Wall, A. J., & Long, C. E. (1981). The Autism Attitude Scale for Teachers. *Exceptional Children*, *47*, 371-372.

Schopler, E., & Olley, J. G. (1982). Comprehensive educational services for autistic children: The TEACCH model. In T. B. Gutkin & C. R. Reynolds (Eds.), *The handbook of school psychology* (pp. 629-643). New York: Wiley.

Sulzer-Azaroff, B., & Olley, J. G. (1982). Training of psychologists in mental retardation: A graduate training program. *Psychology in Mental Retardation: Division 33 Newsletter*, *7*(3), 6-7.

McHale, S. M., & Olley, J. G. (1982). Using play to facilitate the social development of handicapped children. *Topics in Early Childhood Special Education*, *2*(3), 76-86.

Olley, J. G., & Marcus, L. M. (1984). Considerations in the assessment of children with autism. In S. J. Weaver (Ed.), *Testing children: A reference guide for effective clinical and psychoeducational assessments* (pp. 71-84). Kansas City, MO: Test Corporation of America.

Olley, J. G. (1985). Social aspects of language in autistic children. In E. Schopler & G. B. Mesibov (Eds.), *Communication problems in autism* (pp. 311-328). New York: Plenum.

Olley, J. G., & Rosenthal, S. L. (1985). Current issues in school services for students with autism. *School Psychology Review*, *14*, 166-170.

Schopler, E., Olley, J. G., & Lansing, M. (1985). *Jiheisho no chiryo-kyoiku purogurame* [Remedial-education program for autism]. Tokyo: Budou-sha.

Olley, J. G. (1986). The TEACCH curriculum for teaching social behavior to children with autism. In E. Schopler & G. B. Mesibov (Eds.), *Social behavior and autism* (pp. 351-373). New York: Plenum. doi: 10.1007/978-1-4899-2242-7_17

Olley, J. G. (1987). Classroom structure and autism. In D. J. Cohen, & A. M. Donnellan (Eds.), *Handbook of autism and pervasive developmental disorders* (pp. 411-417). Silver Spring, MD: Winston.

Simeonsson, R. J., Olley, J. G., & Rosenthal, S. L. (1987). Early intervention for children with autism. In M. J. Guralnick & F. C. Bennett (Eds.), *The effectiveness of early intervention for at risk and handicapped children* (pp. 275-296). Orlando, FL: Academic Press.

Marcus, L. M., & Olley, J. G. (1988). Developing public school programs for autistic and other severely developmentally disabled students. In M. D. Powers (Ed.), *Severe developmental disabilities: Expanding systems of interaction* (pp. 179-197). Baltimore: Brookes.

Olley, J. G., & DiLavore, P. C. (1989). Special education. In T. B. Karasu (Ed.), *Treatments of psychiatric disorders: A task force report of the American Psychiatric Association (pp. 123-*129). Washington, DC: American Psychiatric Association.

Olley, J. G., & Marcus, L. M. (1989). Education for children with autism. In T. B. Karasu (Ed.), *Treatments of psychiatric disorders: A task force report of the American Psychiatric Association* (pp. 192-201). Washington, DC: American Psychiatric Association.

Olley, J. G., & Stevenson, S. E. (1989). Preschool curriculum for autistic children: Addressing early social skills. In G. Dawson (Ed.), *Autism: Nature, diagnosis and treatment* (pp. 346-366). New York: Guilford.

Olley, J. G. (1992). Autism: Historical overview, definition, and characteristics. In D. E. Berkell (Ed.), *Autism: Identification, education, and treatment* (pp. 3-20). Hillsdale, NJ: Lawrence Erlbaum.

- Olley, J. G., Robbins, F., & Morelli Robbins, M. (1993). Current practices in early intervention for children with autism. In E. Schopler, M. E. Van Bourgondien, & M. Bristol (Eds.), Preschool issues *in autism* (pp. 223-245). New York: Plenum. DOI:
- 10.1007/978-1-4899-2441-4_11

Hooper, S. R., & Olley, J. G. (1996). Psychological comorbidity in adults with learning disabilities. In N. Gregg, C. Hoy, & A. F. Gay (Eds.), *Adults with learning disabilities: Theoretical and practical perspectives* (pp. 162-183). New York: Guilford.

Olley, J. G., & Reeve, C. E. (1997). Curriculum and classroom structure. In D. J. Cohen (Ed.), *Handbook of autism and pervasive developmental disorders* (2nd ed., pp. 484-508). New York: Wiley.

Baroff, G. B., with Olley, J. G. (1999). *Mental retardation: Nature, cause, and management* (3rd ed.). Philadelphia: Brunner-Routledge.

Olley, J. G. (1999). Curriculum for students with autism. *School Psychology Review*, *28*, 595-607.

Olley, J. G., & Gutentag, S. S. (1999). Autism: Historical overview, definition, and characteristics. In D. E. Zager (Ed.), *Autism: Identification, education, and treatment* (2nd ed., pp. 3-22). Hillsdale, NJ: Lawrence Erlbaum.

Paraschiv, I., & Olley, J. G. (1999). Problem Solving for Life: A training program in interpersonal skills. *The NADD Bulletin*, *2*, 107-109.

Olley, J. G. (2005). Curriculum and classroom structure. In F. R. Volkmar, R. Paul, A. Klin, & D. Cohen (Eds.), *Handbook of autism and pervasive developmental disorders* (3rd ed., Vol. 2, pp. 863-881). Wiley.

Olley, J. G., Greenspan, S., & Switzky, H. (2006). Division 33 *Ad Hoc* Committee on Mental Retardation and the Death Penalty. *Psychology in Mental Retardation and Developmental Disabilities*, *31*(2), 11-13.

Olley, J. G. (2006). The assessment of adaptive behavior in adult forensic cases: Part 1. *Psychology in Mental Retardation and Developmental Disabilities*, *32*(1), 2-4.

Olley, J. G. (2006). The assessment of adaptive behavior in adult forensic cases: Part 2. The importance of adaptive behavior. *Psychology in Mental Retardation and Developmental Disabilities*, *32*(3), 7-8.

Olley, J. G. (2007). The assessment of adaptive behavior in adult forensic cases: Part 3. Sources of adaptive behavior information. *Psychology in Mental Retardation and Developmental Disabilities*, *33*(1), 3-6.

Everington, C., & Olley, J. G. (2008). Implications of *Atkins v. Virginia*: Issues in defining and diagnosing mental retardation. *Journal of Forensic Psychology Practice*, *8*, 1-23.

Larson, K. A., Griffin, M. P., & Olley, J. G. (2008). Competency to be sentenced. In B. L. Cutler (Ed.), *Encyclopedia of psychology and law* (Vol. 1, pp. 116-118). Sage.

Olley, J. G., & Cox, A. W. (2008). Assessment of adaptive behavior in adult forensic cases: The use of the Adaptive Behavior Assessment System-II. In T. Oakland & P. L. Harrison (Eds.), *Adaptive Behavior Assessment System-II: Clinical use and interpretation* (pp. 381-398). Elsevier.

Macvaugh, G. S., Salekin, K. L., & Olley, J. G. (2009). Mental retardation and the death penalty. In  A. Jamieson & A. Moenssens (Eds.), *Wiley encyclopedia of forensic science* (pp. 1730-1737). Wiley.

Marinos, V., Griffiths, D., Gosse, L., Robinson, J., Olley, J. G., & Lindsay, W. (2009). Legal rights and persons with intellectual disabilities. In F. Owen & D. Griffiths (Eds.), *Challenges to the human rights of people with intellectual disabilities* (pp. 124-154). Jessica Kingsley.

Olley, J. G. (2009). Challenges in implementing the *Atkins* decision. *American Journal of Forensic Psychology*, *27*(2), 63-73.

Olley, J. G. (2009). Knowledge and experience required for experts in *Atkins* cases. *Applied Neuropsychology*, *16*, 135-140. doi:10.1080/09084280902864477

Salekin, K. L., & Olley, J. G. (2009). Mental retardation/intellectual disability. In A. Jamieson & A. Moenssens (Eds.), *Wiley encyclopedia of forensic science* (pp. 1724-1730). Wiley.

Salekin, K. L., Olley, J. G., & Hedge, K. A. (2010). Offenders with intellectual disability: Characteristics, prevalence, and issues in forensic assessment. *Journal of Mental Health Research in Intellectual Disabilities*, *3*, 97-116. https://doi.org/10.1080/19315861003695769

Chen, D., Salekin, K., Olley, J. G., & Fulero, S. M. (2011). Research with offenders with intellectual disability. In B. Rosenfeld & S. D. Penrod (Eds.), *Research methods in forensic psychology* (pp. 421-432). Wiley.

Olley, J. G. (2012). Intellectual disability past, present and future. *Psychology in Intellectual and Developmental Disabilities*, *38*(1), 3-5.

Olley, J. G. (2012). The death penalty, the courts, and intellectual disability. In J. K. Luiselli (Ed.), *The handbook of high-risk challenging behaviors: Assessment and intervention* (pp. 229-240).: Brookes.

Olley, J. G. (2013). Definition of intellectual disability in criminal court cases. *Intellectual and Developmental Disabilities*, *51*, 117-121. doi:10.1352/1934-9556-51.2.117

Olley, J. G. (2014). Capital sentencing: *Atkins*-type cases. In K. Heilbrun, D. DeMatteo, S. B. Holiday, & C. LaDuke (Eds.) *Forensic mental health assessment: A casebook* (2nd ed., pp. 146-163).: Oxford University Press.

Greenspan, S., & Olley, J. G. (2015). Variability of IQ test scores. In E. Polloway (Ed.), *The death penalty and intellectual disability* (pp. 141-153.).: American Association on Intellectual and Developmental Disabilities.

Olley, J. G. (2015). Adaptive behavior instruments. In E. Polloway (Ed.), *The death penalty and intellectual disability* (pp. 187-200). American Association on Intellectual and Developmental Disabilities.

Olley, J. G. (2015). Time at which disability must be shown in *Atkins* cases. In E. Polloway (Ed.), *The death penalty and intellectual disability* (pp. 213-218). American Association on Intellectual and Developmental Disabilities.

Olley, J. G. (2018). Death penalty and intellectual disability. In E. Braaten (Ed.), *SAGE encyclopedia of intellectual and developmental disorders* (pp. 349-352). SAGE.

Aiello, P., Di Gennaro, D. C., Girelli, L., & Olley, J. G. (2018). Inclusione e atteggiamenti Dei docent verso gli student con disturb dello spettro autistic:Suggestioni de uno studio pilota (Inclusion and teachers' attitudes towards students with autism spectrum disorder: Reflections from a pilot study). *Formazione &* Insegnamento, *15 (1),* 175-188. doi: 107346/-fei-XVI-01-18_15

Olley, J. G., & Cox, A. W. (in press). Intellectual and developmental disabilities in the criminal justice system. In L. M. Glidden (Ed.), *APA handbook on intellectual and developmental disabilities.* American Psychological Association.

**Papers presented** (since 1990 only)

Olley, J. G. (1990, March). *Behavioral services for adults with developmental disabilities in the community.* Invited address presented at the meeting of the North Carolina Association for Behavior Analysis, Charlotte.

Olley, J. G. (1990, October). *Workshop on assessment and treatment for people with dual diagnosis.* Workshop presented at the meeting of the Berkshire Association for Behavior Analysis and Therapy, Amherst, MA.

Olley, J. G. (1991, February). *A behavioral look at dual diagnosis.* Invited presentation at the meeting of the North Carolina Association for Behavior Analysis, Greensboro, NC.

Olley, J. G., & Larkins, C. H. (1991, February). *Implications of the 'Thomas S.' lawsuit for community services.* Invited presentation at the Creative Dimensions in Developmental Disabilities conference, Greenville, NC.

Olley, J. G., & Hooper, S. R. (1991, August). *Do people with mental retardation understand what they are asked in personality tests?* Paper presented at the meeting of the American Psychological Association, San Francisco.

Olley, J. G. (1991, October). *The future of research and services in autism.* Keynote address at the annual EDEN Institute Conference on Autism, Princeton, NJ.

Olley, J. G. (1994, May). *Psychopathology in individuals with mental retardation: A behavioral look at dual diagnosis.* Paper presented at the meeting of the North Carolina Psychological Association, Atlantic Beach, NC.

Olley, J. G. (1995, August). *Curriculum issues in autism.* Invited presentation at the meeting on autism of the Texas Education Agency, Austin, TX.

Olley, J. G., Jens, K. G., & Klindworth, L. M. (1995, November). *Learning for Life: Adult Education for Individuals with Mental Retardation.* Paper presented at the meeting of the National Association for Adults with Special Learning Needs, Chicago, IL.

Olley, J. G. (1995, December). *Psychopathology and mental retardation: Educational and environmental approaches.* Invited presentation at the meeting of the Alabama Council for Children with Behavioral Disorders, Birmingham, AL.

Olley, J. G. (1996, February). *Behavioral treatment of individuals with Prader-Willi syndrome.* Paper presented at the meeting of the North Carolina Association for Behavior Analysis, Asheville, NC.

Olley, J. G., & Jens, K. G. (1996, May). *Issues in the education of adults with mental retardation.* Paper presented at the meeting of the Commission on Adult Basic Education, Pittsburgh, PA.

Olley, J. G. (1996, May). *What information do policymakers need to make policy in developmental disabilities?* Symposium chaired at the meeting of the American Association on Mental Retardation, San Antonio, TX.

Olley, J. G., Jacob, A. V., Paraschiv, I., Klindworth, L. M., & Jens, K. G. (1996, May). *Diagnosis of mental retardation in adults.* Paper presented at the meeting of the American Association on Mental Retardation, San Antonio, TX.

Olley, J. G., & Paraschiv, I. (1996, September). *Problem Solving for Life: Instruction for adults with mental retardation.* Paper presented at the meeting of the National Association for Adults with Special Learning Needs, New Orleans, LA.

Olley, J. G. (1996, October). *Autism: Conventional wisdom, careful research, and controversial approaches.* Invited presentation at the 1996 Cornwell Lecture Series, Morganton, NC.

Olley, J. G. (1997, October). *Curriculum for children and adults with autism.* Paper presented at the meeting of the North Carolina American Association on Mental Retardation, Greensboro, NC.

Paraschiv, I., & Olley, J. G. (1998, April). *Problem Solving for Life: Social skills training for adults with mental retardation/developmental disabilities.* Paper presented at the conference of the YAI: National Institute for People with Disabilities, New York, NY.

Olley, J. G., Golden, J., & Bailey, J. (1998, May). *One act with three players: Turning critics of behavior analysis into partners for positive change.* Symposium presented at the meeting of the Association for Behavior Analysis, Orlando, FL.

Olley, J. G. (1998, May). Discussant for symposium *The Ralph J. Bauduin Oral School: Research and program design for children with autism.* Symposium presented at the meeting of the Association for Behavior Analysis, Orlando, FL.

Olley, J. G. (1998, September). *What do we know about autism that is new?* Invited paper presented at the meeting of the North Carolina American Association on Mental Retardation, Greensboro, NC.

Olley, J. G., Carswell, R., & Palmer, G. (1998, October). *Successful behavior interventions.* Invited presentation at Together We Can! Using Positive Behavior Support in the Classroom and at Home. Greensboro, NC.

Olley, J. G., & Paraschiv, I. (1998, November). *A program to teach problem solving skills for independent living.* Paper presented at the meeting of NADD: An Association for Persons with Developmental Disabilities and Mental Health Needs, Albuquerque, NM.

Olley, J. G., Paraschiv, I., & Carswell, R. (1999, May). *Problem solving as a format for supporting self-determination and choice-making.* Pre-conference workshop presented at the meeting of the American Association on Mental Retardation, New Orleans, LA.

Olley, J. G. (1999, September). *Mental retardation and the criminal justice system.* Paper presented at the meeting of the North Carolina American Association on Mental Retardation, Greensboro, NC.

Olley, J. G. (1999, September). *Progress in services and supports for people with disabilities: One person makes a difference.* Invited presentation at the meeting of the North Carolina American Association on Mental Retardation, Greensboro, NC.

Olley, J. G. (1999, October). *Prader-Willi syndrome and other low prevalence disorders.* Paper presented at the meeting of the Community Living Association, Atlantic Beach, NC.

Olley, J. G., Tassé, M., & Havercamp, S. (2000, February). *Applications of applied behavior analysis in community settings serving people with disabilities.* Paper presented at the meeting of the North Carolina Association for Behavior Analysis, Asheville, NC.

Olley, J. G., Carswell, R., Finks, W., & Dorton, R. (2000, April). *Sex and relationships: When to say yes and when to say no.* Workshop presented at the North Carolina Self-Advocacy Convention, Winston-Salem, NC.

Olley, J. G. (2000, May). *Activity schedules as a guide to community consultation: A call for research.* Paper presented at the meeting of the Association for Behavior Analysis International, Washington, DC.

Dykeman, C., Pennell, R. L., Dawkins, B., Holden, J., & Olley, J. G. (2001, May). *Factors associated with problem behavior in the Special Olympics World Summer Games.* Paper presented at the meeting of the Association for Behavior Analysis International, New Orleans, LA.

Holburn, C. S., Vietze, P. M., Olley, J. G., & Baer, D. M. (2001, May). *Is applied behavior analysis adapting to the changing DD environment?* Panel discussion at the meeting of the Association for Behavior Analysis International, New Orleans, LA.

Golden, J. A., Strickland, D., Olley, J. G., & Cripe, M. (2001, May). *Trauma in foster children: Perspectives and contributions from behavior analysis.* Pannel discussion at the meeting of the Association for Behavior Analysis International, New Orleans, LA.

Olley, J. G., & Yates, L. (2001, May). *Criminal justice initiatives: A report from the DD/Criminal Justice Work Group.* Paper presented at the Best Practices in Developmental Disabilities Conference, Greensboro, NC.

Olley, J. G. (2002, February). *Effective services for students with autism: What do we know and what do we need to know?* Invited presentation at the Alaska Statewide Special Education Conference, Anchorage, AK.

Olley, J. G. (2002, April). *Autism and developmental disorders.* Invited presentation at the meeting of the Maryland School Psychology Association, Baltimore, MD.

Paraschiv, I., & Olley, J. G. (2003, February). *Teaching problem solving for community living.* Paper presented at the meeting of the Council on Exceptional Children's Division on Developmental Disabilities, Koloa, HI.

Olley, J. G. (2003, April). *Autism: What do we know and what do we need to know?* Invited paper presented at the 19th Annual Sharing Our Best Conference, Hastings, NE.

Olley, J. G. (2003, May). *Cautions in evaluating alternative therapies and approaches.* Paper presented at the Best Practices in Developmental Disabilities Conference, Greensboro, NC.

Olley, J. G. (2003, November). *Mental retardation and the death penalty: The psychologist as expert witness.* Invited presentation at the meeting of the Virginia Bar Association, Richmond, VA.

Everington, C., & Olley, J. G. (2004, March). *An analysis of forensic psychological evaluations in capital cases involving defendants with mental retardation: Has Atkins made a difference?* Paper presented at the meeting of the American Psychology-Law Society, Scottsdale, AZ.

Olley, J. G. (2004, May). *Psychological assessment of mental retardation in capital cases.* Invited presentation at the Capital Habeas Unit Conference, Administrative Office of the U.S. Courts, Ponte Vedra Beach, FL.

Olley, J. G. (2004, October). *Recent advances in the education of children with autism.* Presentation at the Fall NCAAMR Institute, Morganton, NC.

Olley, J.G. (2006, May). *The death penalty: Issues in expert testimony in Atkins hearings.* Paper presented at the meeting of The International Summit for the Alliance on Social Inclusion, Montreal, Canada.

Olley, J. G. (2006, August). Symposium Chair*: Mental retardation and the death penalty: Challenges facing psychologists.* Symposium at the meeting of the American Psychological Association, New Orleans, LA.

Olley, J. G. (2006, August). *Search for professional standards in Atkins hearings.* Paper presented at the meeting of the American Psychological Association, New Orleans, LA.

Olley, J. G., & Everington, C. (2007, March). *The measurement of adaptive behavior in Atkins cases.* Paper presented at the Off the Witness Stand conference, John Jay College of Criminal Justice, New York.

Salekin, K. L., & Olley, J. G. (2008, March). *Conducting an "Atkins" evaluation: What we know, what we don't know, and what we need to find out.* Workshop presented at the meeting of the American Psychology-Law Society, Jacksonville, FL.

Olley, J. G. (2008, August). *Psychology training in developmental disabilities at the University of North Carolina at Chapel Hill.* Paper presented at the meeting of the American Psychological Association, Boston, MA.

Olley, J. G. (2008, August). Symposium Chair: *Intellectual disability and the death penalty: Current and future contributions of psychologists in Atkins cases.* Symposium at the meeting of the American Psychological Association, Boston, MA.

Salekin, K. L., & Olley, J. G. (2008, August). *What does research tell us, and what research do we need in Atkins cases?* Paper presented at the meeting of the American Psychological Association, Boston, MA.

Olley, J.G. (2008, November). Symposium Chair: *Challenges facing professional organizations in developmental disabilities.* Symposium at the Annual Meeting of the Association of University Centers on Disabilities, Washington, DC.

Olley, J. G., Salekin, K. L., & Siperstein, G. N. (2009, March). *Diagnosis of intellectual disability in high stakes conditions: T*ranslating basic research to practice in death penalty cases. Paper presented at the 43rd Annual Gatlinburg Conference on Research and Theory in Intellectual and Developmental Disabilities, New Orleans, LA.

Olley, J. G. (2009, October). *Investigating intellectual disabilities with a focus on adaptive functioning.* Invited presentation at the Capital Case Seminar of the Los Angeles County Public Defender's Office, Los Angeles, CA.

Olley, J. G., & Stevens, K. C. (2010, January). *Recognizing and explaining mild mental retardation.* Death Penalty 2010: Continuing Legal Education Seminar of the North Carolina Advocates for Justice, Cary, NC.

Olley, J. G. (2010, August). *The death penalty, the courts, and what we have learned about intellectual disability.* Division 33 Presidential *Address* presented at the meeting of the American Psychological Association, San Diego, CA.

Olley, J. G. (2011, February). *The expert witness, intellectual disability, and the death penalty.* Invited address presented at the California Attorneys for Criminal Justice and California Public Defenders Association Capital Case Defense Seminar, Monterey, CA.

Olley, J. G., & Yackel-Christenson, J. (2011, March). *Atkins investigation: Roles and responsibilities of the mitigation specialist.* Invited 3-part presentation at the meeting of the National Alliance of Sentencing Advocates and Mitigation Specialists, Orlando, FL.

Olley, J. G. (2011, March). *Lessons learned from Atkins v. Virginia: Implications for juveniles.* Invited presentation at the National Judges' Science School: Developmental Forensics of Children Adjudicated by Courts, Chapel Hill, NC.

Olley, J. G. (2011, August). Chair: *Perspectives on intellectual disability and the death penalty – Toward more effective contribution of psychologists in Atkins cases.* Invited Symposium at the Convention of the American Psychological Association, Washington, DC.

Salekin, K. L. & Olley, J. G. (2011, August). *Eligible for execution? Assessment of intellectual disability as per Atkins.* Continuing Education Workshop presented at the Convention of the American Psychological Association, Washington, DC.

Olley, J. G., & Yackel, J. C. (2011, October). *Building partnerships: The complementary role of mitigation specialist and evaluating experts.* Invited presentation at Advanced Capital Training, New Orleans, LA.

Greenman, L., & Olley, J. G. (2011, November). *Exploring intellectual disability in your client.* Invited presentation at the Virginia Bar Association Capital Defense Workshop, Richmond, VA.

Olley, J. G., & Yackel, J. C. (2011, November). *Investigating capital cases involving dual diagnosis.* Paper presented at the annual meeting of NADD: An Association for Persons with Developmental Disabilities and Mental Health Needs, Nashville, TN.

Salekin, K. L., Olley, J. G., & Ellis, J. (2012, June). *The assessment of ID in capital cases.* Workshop presented at the annual conference of the American Association on Intellectual and Developmental Disabilities, Charlotte, NC.

Yackel, J. C., & Olley, J. G. (2012, November). *Understanding the law and science between Atkins and its progeny.* Invited presentation at the Life in the Balance conference of the National Legal Aid and Defender Association, St. Louis, MO.

Garvey, S., & Olley, J. G. (2013, October). *Investigating and presenting evidence of adaptive deficits.* Invited presentation at the Habeas Corpus Resource Center Fall Conference 2013, San Francisco, CA.

Salekin, K. L., & Olley, J. G. (2014, March). *Evaluation of intellectual disability in capital cases: Twelve years post Atkins.* Workshop presented at the meeting of the American Psychology-Law Society. New Orleans, LA.

Olley, J. G., & Miller, C. N. (2014), June). *Challenges in assessing intellectual and adaptive functioning in foreign nationals.* Paper presented at the meeting of the American Association on Intellectual and Developmental Disabilities, Orlando, FL.

Olley, J. G. (2014, November). *People with intellectual disability and autism in the criminal justice system.* Paper presented at the meeting of NC Training, Instruction, Development, and Education, Asheville, NC.

Nygren, M. A., Polloway, E. A., Tassé, M. J., & Olley, J. G. (2015, June). *Focus on the death penalty.* Panel presentation at the meeting of the American Association on Intellectual and Developmental Disabilities, Louisville, KY.

Olley, J. G. (2015, August). *Stereotypes of intellectual disability affect death penalty decisions: Examples from court opinions.* Paper presented at the convention of the American Psychological Association, Toronto, Ontario.

Olley, J. G. (2015, August). *Adaptive deficits: The current state of the science.* Invited presentation at the Twentieth Annual National Federal Habeas Corpus Seminar, Charlotte, NC.

Olley, J. G. (2016, September). *Identifying persons with intellectual disability.* Keynote Address at the Georgia Capital; Defenders' Quarterly Training Conference, Atlanta, GA.

Olley, J. G. (2016, October) *Intellectual disability: Understanding intelligence testing.* Invited address at the 2016 Association of Administrative Law Judges Education Conference, San Diego, CA.

Olley, J. G., & Hazelrigg, M. (2017, May). *Intellectual disability.* Presentation at Capital Case Management for Superior Court Judges, North Carolina Judicial College, Chapel Hill, NC

Olley, J. G. (2018, January). *Gathering information and providing expert testimony on adaptive behavior functioning in capital cases.* Invited paper presented at the 2018 Texas Summit on the Assessment of Adaptive Behavior in Capital Cases, Austin, Texas.

Olley, J. G. (2019, May). *Interviewing victims: Key issues and challenges.* Invited presentation at the Annual Meeting and Conference of the North Carolina Partnership to Address Adult Abuse, Raleigh, NC.

Olley, J. G., Reschly, D., Yackel, J., & Salekin, K. (2019, August). *New developments in the death penalty and people with intellectual disability.* Continuing education workshop presented at the Convention of the American Psychological Association, Chicago, IL.

Olley, J. G. (2020, July). *Evaluation of intelligence in Atkins cases.* Continuing education symposium presented by Zoom at the National Association for Public Defenders Symposium.

**<u>Posters</u>**

Olley, J. G., Hooper, S. R., & Flagler, S. (1990, October). *Assessment of the social-emotional status of adults with mental retardation using self-report.* Poster presented at the meeting of the American Association of University Affiliated Programs in Developmental Disabilities, Madison, WI.

Olley, J. G., Hooper, S. R., & Flagler, S. (1990, October). *Personal adjustment counseling for young adults with mental retardation.* Poster presented at the meeting of the American Association of University Affiliated Programs in Developmental Disabilities, Madison, WI.

Olley, J. G., Paraschiv, I., Allison, J., & Jacob, A. V. (1996, September). *Problem Solving for Life: Adult education for individuals with mental retardation.* Poster presented at the meeting of the North Carolina chapter of the American Association on Mental Retardation, Raleigh, NC.

Olley, J. G., Paraschiv, I., & Jacob, A. V. (1997, May). *Learning for Life: A training program to assist the Compensatory Education of adults with mental retardation.* Poster presented at the meeting of the American Association on Mental Retardation, New York, NY.

Paraschiv, I., & Olley, J. G. (1997, May). *Effectiveness of a training program in social problem solving skills.* Poster presented at the meeting of the American Association on Mental Retardation, New York, NY.

Olley, J. G., & Carswell, R. (1998, September). *The behavioral supports clearinghouse.* Poster presented at Together We Can! Using Positive Behavior Support in the Classroom and at Home, Greensboro, NC.

Paraschiv, I., Olley, J. G., & Carswell, R. L. (1999, April). *A program to teach problem solving as a skill for independent decision making.* Poster presented at the meeting of the Council for Exceptional Children, Charlotte, NC.


## Book Reviews

Olley, J. G. (1979). Review of *Mental Retardation: A developmental approach* by C. C. Cleland, *Mental retardation: The changing outlook* by R. P. Ingalls, and *Retardation: Issues, assessment, and intervention* by J. T. Neisworth & R. M. Smith. *Journal of Autism and Developmental Disorders*, *9*, 131-133.

Olley, J. G. (1986). Review of *Annotated bibliography of autism: 1943-1983* by A. J. Tari, J. L. Clewes, & S. J. Semple. *Journal of Autism and Developmental Disorders*, *16*, 245-246.

Olley, J. G. (1986). Review of *Classic readings in autism* by A. Donnellan (Ed.). *Journal of Autism and Developmental Disorders*, *16*, 394-395.

Olley, J. G. (1987). Review of *Management of autistic behavior: Information service for educators.* Edited by R. L. Simpson & M. Regan. *Journal of the Association for Persons with Severe Handicaps*, *12,* 72-73.

Olley, J. G. (2006). *Review of Lessons learned from a lawsuit: Creating services for people with mental illness and mental retardation*, Social *Science & Medicine*, *62*, 523-524.

**Instructional Materials**

Olley, J. G., Paraschiv, I., Allison, J., & Jacob, A. V. (2000). *Problem solving for life: Teaching problem solving to adolescents and adults with developmental disabilities.* Clinical Center for the Study of Development and Learning, University of North Carolina at Chapel Hill: Chapel Hill, NC.


**Memberships in Professional Associations**

American Psychological Association (Life Member; member of Divisions 25 & 41; Fellow in Division 33)
    President, Division on Intellectual and Developmental Disabilities 2009-2010
American Association on Intellectual and Developmental Disabilities (formerly American Association on Mental Retardation) (Fellow, Life Member)
North Carolina Chapter, American Association on Intellectual and Developmental Disabilities (Chair, Committee on Research)
North Carolina Association for Behavior Analysis (President 1992-93)

**Licensure**

Licensed Psychologist, North Carolina, license number 587.


**Community and Professional Service** (since 1990 only)


| | |
|---|---|
| 1990 - 1993 | Member, Exceptional Children's Advisory Council, Chapel Hill-Carrboro City Schools |
| 1992 - 1993 | President, North Carolina Association for Behavior Analysis |
| 1992 - 2007 | Behavioral consultant to NC Arc Lifeguardianship |
| 1993 - 1998 | Member, National Community Education Directors Council, American Association of University Affiliated Programs |
| 1994 - 2002 | Member, Area Board of the Orange-Person-Chatham Mental Health, Developmental Disabilities, and Substance Abuse Services (Secretary 1999-2002); Committee on Developmental Disabilities (1994-2002); Client Rights Committee (1994-2008) |
| 1995 - 2006 | Consultant: The North Carolina Mentor Network |
| 1995 - 2000 | Consultant: Southeastern Regional MH, DD, and SA Services, *Thomas S.* Section |
| 1996 - 1998 | Consultant: Piedmont Area MH, DD, and SA Services, *Thomas S.* Section |
| 1998 | Grant Application Panel Review Member. National Institute on |

|              |                                                                                                                                              |
|--------------|----------------------------------------------------------------------------------------------------------------------------------------------|
|              | Disability and Rehabilitation Research, U.S. Dept. of Education                                                                               |
| 1998 - 2008  | Member, North Carolina Council on Developmental Disabilities                                                                                  |
| 2000 – 2012  | Chair, Committee on Research, North Carolina American Association on Intellectual and Developmental Disabilities                               |
| 2002 – 2007  | *Ex Officio* Member, North Carolina Governor's Advocacy Council for Persons with Disabilities                                                  |
| 2002         | Member, NC Health Choice Task Force                                                                                                           |
| 2000 – 2007  | Member, North Carolina Partners in Justice Advisory Committee                                                                                 |
| 2005 - present | Member, *ad hoc* Committee on Developmental Disability and the Criminal Justice System, Division 33, American Psychological Association (Chair 2005-2015) |
| 2008         | *Ex Officio* Member, Disability Rights North Carolina                                                                                         |
| 2008 - 2014  | Member, North Carolina Commission for Mental Health, Developmental Disabilities, and Substance Abuse Services (Vice-Chair, 2009 – 2011 ; Chair, 2011-2014) |
| 2009 -2011   | Member, American Association on Intellectual and Developmental Disabilities Task Force on Intellectual Disability and the Death Penalty        |
| 2014-2019    | Member, Policy and Positions Committee, Arc of the United States                                                                              |
| 2018-2020    | Chair, Committee on the Constitution and By-Laws, Division 33 of the American Psychological Association.                                       |