U.S. DISTRICT COURT - EASTERN REGION OF VIRGINIA
Richmond Division

---

UNITED STATES OF AMERICA

V.

Richard "Whitey" Tipton
James Roane
Cory Johnson
Newtowne Gang

UNDER

CASE NO: 3:92-CR-00068

---

The petitioner, Wakeel Abdul-Sabur, AKA: Willie Lee Seward was in fact a cooperating witness in the Newtowne Gang trial in 1992.

Against Richard "Whitey" Tipton . . . . The defendants were tried and convicted.

Since the execution of Cory Johnson in 2021 . . . Most recently while housed at Sussex 1 State Prison I have been subjected to harassment and abuse because of relatives and friends of Johnson's and the gang is housed at Sussex 1 State Prison.

The relatives and friends of the gang exposed my cooperation in the Newtowne Gang trial, when I arrived at Sussex Prison on September 25, 2023.

I requested a hearing because no one is left in the U.S. Attorney's office from back then, plus I was seeking to return back the protective custody unit at Redonion State Prison because I fear for my life.

Correction to this honorable court: "Richard "Whitey" Tipton.
Also I wish to speak to Mr. Peter Duffy, AUSA.

Under penalty of perjury, all information provided is true and correct.



RECEIVED
MAR 18 2024
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

3/11/24

/s/ _Wakeel A. Sabur_
Wakeel A. Sabur #1003659
AKA: Willie Lee Seward
Sussex 1 State Prison
Waverly, VA. 23891