

RICHMOND VA RPDC 230

14 MAR 2024  PM 2  L

LEGAL MAIL

U.S. MARSHALS
INSPECTED

WAKEEL ABDUL-SABUR #1003634
SUSSEX 1 STATE PRISON
CENTRALIZED MAIL CENTER
3521 Woods Way,
STATE FARM, Va. 23160

CLERK's Office
U.S. DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
701 EAST BROAD STREET, SUITE 3000
Richmond, VA. 23219